## UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF VIRGINIA
_____ Division

In re

                                        Case No.

          Debtor(s)

                                          Chapter

## AMENDMENT COVER SHEET

Amendment(s) to the following petition, list(s), schedule(s) or statement(s) are transmitted herewith:

_____ Involuntary/Voluntary Petition *[Specify reason for amendment:*_____*]*
        *Check if applicable:* ___ Soc. Sec. No. amended.  [*If applicable*: **An original, signed Official Form 21 was mailed/hand-delivered to the Clerk's Office on**_____.*]

_____ Summary of Schedules (Includes Statistical Summary of Certain Liabilities and Related Data)

_____ Schedule A - Real Property

_____ Schedule B - Personal Property

_____ Schedule C - Property Claimed as Exempt

_____ **Schedule D, E, or F, and/or List of Creditors or Equity Holders** – REQUIRES COMPLIANCE WITH LOCAL RULE 1009-1. ( *$26.00 fee required if adding or deleting pre-petition creditors, changing amounts owed or classification of debt.*)     **Check applicable statement(s):**

           _____ **Creditor(s) added**    ___ **Creditor(s) deleted**

           _____ **Change in amounts owed or classification of debt**

           _____ **No pre-petition creditors added/deleted, or amounts owed or classification of debt changed**.  [Docket: **Amended Schedule(s) and/or Statement(s), List(s)-NO FEE)**

           _____ **Post-petition creditors added (Schedule of Unpaid Debts)**

      **REMINDER:  Conversion of Chapter 13 to Chapter 7** – only file Schedule of Unpaid Debts.

_____ Schedule G - Executory Contracts and Unexpired Leases

_____ Schedule H – Codebtors

_____ Schedule I - Current Income of Individual Debtor(s)

_____ Schedule J - Current Expenditures of Individual Debtor(s)

**[NOTE: The form "NOTICE TO CREDITOR(S) (RE AMENDMENT)" is still required when adding or deleting creditors.**
**\*Amendment of debtor(s) Social Security Number requires that a hard copy of this cover sheet together with a completed Official Form 21 – Statement of Social Security Number(s) be submitted to the Clerk's Office for entry of the amended Social Security Number into the Court's database. ]**

_____ Statement of Financial Affairs

_____ Chapter 7 Individual Debtor's Statement of Intention

_____ Chapter 11 List of Equity Security Holders

_____ Chapter 11 List of Creditors Holding 20 Largest Unsecured Claims

_____ Disclosure of Compensation of Attorney for Debtor

_____ Other: _____

## NOTICE OF AMENDMENT(S) TO AFFECTED PARTIES

Pursuant to Federal Rule of Bankruptcy Procedure 1009(a) and Local Rule 1009-1, I certify that notice of the filing of the amendment(s) checked above has been given this date to the United States Trustee, the trustee in this case, and to any and all entities affected by the amendment as follows: _____
_____.

Date: _____

                                            _____

                                            Attorney for Debtor(s) [or *Pro Se* Debtor(s)]

                                            State Bar No.:

                                            Mailing Address:

                                            Telephone No.:

B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>Eastern District of Virginia | Voluntary Petition<br>AMENDED |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Dingman, Joseph Bryce** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-6804** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**21659 Bronte Place**<br>**Ashburn, VA**<br>ZIP Code **20147** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Loudoun** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| **Type of Debtor**<br>(Form of Organization)<br>(Check one box) | **Nature of Business**<br>(Check one box) | **Chapter of Bankruptcy Code Under Which<br>the Petition is Filed** (Check one box) |
|---|---|---|
| ■ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ■ Chapter 7   ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 9        of a Foreign Main Proceeding<br>☐ Chapter 11<br>☐ Chapter 12  ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 13        of a Foreign Nonmain Proceeding |

**Tax-Exempt Entity**
(Check box, if applicable)
☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts**
(Check one box)
■ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."        ☐ Debts are primarily business debts.

| **Filing Fee** (Check one box) | **Chapter 11 Debtors** |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| **Statistical/Administrative Information** | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

B1 (Official Form 1)(1/08)   **- AMENDED**                                                                    Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Dingman, Joseph Bryce** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | **X** **/s/ Daniel L. Grubb**                              **May 15, 2009** |
| | Signature of Attorney for Debtor(s)                    (Date) |
| | **Daniel L. Grubb 44119** |

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety? |
|   ☐ Yes, and Exhibit C is attached and made a part of this petition. |
|   ■ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.) |
|   ■ Exhibit D completed and signed by the debtor is attached and made a part of this petition. |
| If this is a joint petition: |
|   ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue** |
|---|
| (Check any applicable box) |
| ■  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District. |
| ☐  There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District. |
| ☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property** |
|---|
| (Check all applicable boxes) |
| ☐  Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.) |
|         _____<br>        (Name of landlord that obtained judgment) |
|         _____<br>        (Address of landlord) |
| ☐  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and |
| ☐  Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition. |
| ☐  Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

B1 (Official Form 1)(1/08)   **- AMENDED**                                    Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
**Dingman, Joseph Bryce**

### Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Joseph Bryce Dingman**
Signature of Debtor  **Joseph Bryce Dingman**

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

**May 15, 2009**
Date

**Signature of Attorney***

X **/s/ Daniel L. Grubb**
Signature of Attorney for Debtor(s)

**Daniel L. Grubb 44119**
Printed Name of Attorney for Debtor(s)

**Dunlap, Grubb & Weaver, PLLC**
Firm Name

**199 Liberty St, SW**
**Leesburg, VA 20175-2715**

_____
Address

**Email: mail@dglegal.com**
**703-777-7319 Fax: 703-777-3656**
Telephone Number

**May 15, 2009**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B6 Summary (Official Form 6 - Summary) (12/07)

.

# United States Bankruptcy Court
## Eastern District of Virginia

In re    **Joseph Bryce Dingman**                        ,    Case No.    __**09-11961**__

                                 Debtor

Chapter                  **7**

## SUMMARY OF SCHEDULES - AMENDED

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 621,000.00 | | |
| B - Personal Property | Yes | 6 | 300,661.24 | | |
| C - Property Claimed as Exempt | Yes | 2 | | | |
| D - Creditors Holding Secured Claims | Yes | 3 | | 961,419.23 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 3 | | 100,163.06 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 16 | | 551,115.31 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 7 | | | |
| I -  Current Income of Individual Debtor(s) | Yes | 1 | | | 12,180.00 |
| J -  Current Expenditures of Individual Debtor(s) | Yes | 3 | | | 15,641.00 |
| Total Number of Sheets of ALL Schedules | | 43 | | | |
| Total Assets | | | 921,661.24 | | |
| Total Liabilities | | | | 1,612,697.60 | |

5/15/09  6:00PM

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
### Eastern District of Virginia

In re    **Joseph Bryce Dingman**                           ,      Case No.    **09-11961**
                                                Debtor

Chapter                   **7**

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 100,163.06 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 100,163.06 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | 12,180.00 |
| Average Expenses (from Schedule J, Line 18) | 15,641.00 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 15,138.67 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 109,975.91 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 100,163.06 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 551,115.31 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 661,091.22 |

B6A (Official Form 6A) (12/07)

.

In re    **Joseph Bryce Dingman**                                                                     ,    Case No.    __09-11961__
                                                                  Debtor

# SCHEDULE A - REAL PROPERTY - AMENDED

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **43615 Preddy Court**<br>**Ashburn, VA 20146** | | - | 621,000.00 | 709,123.01 |

|  |  |  |
|---|---|---|
| Sub-Total > | 621,000.00 | (Total of this page) |
| Total > | 621,000.00 | |

__0__    continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037
Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

.

In re    **Joseph Bryce Dingman**                                                    ,    Case No.    **09-11961**
                                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY - AMENDED

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Business Checking Account ending in 4642** | - | 10.00 |
| | | **Location:** **United Bank** | | |
| | | **Savings Account ending in 1170** | - | 200.00 |
| | | **Location:** **United Bank** | | |
| | | **Checking Account ending 1046** | - | 62.21 |
| | | **Location:** **United Bank** | | |
| | | **Checking Account ending 6467** | - | 1.00 |
| | | **Location:** **United Bank** | | |
| | | **Checking account ending in 6814** | - | 2.03 |
| | | **Location:** **United Bank** | | |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |

Sub-Total >                 275.24
(Total of this page)

  **5**   continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

05/15/09  6:00PM

B6B (Official Form 6B) (12/07) - Cont.

In re    **Joseph Bryce Dingman**                                              ,    Case No.    **09-11961**
                                          Debtor

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Prime America Life Insurance** | - | 1.00 |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **IRA with Putnams** | - | 30,000.00 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **100% interest in JB Contracting & Electrical, LLC** | - | **Unknown** |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |

Sub-Total >    **30,001.00**
(Total of this page)

Sheet __1__ of __5__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

05/15/09  6:00PM

B6B (Official Form 6B) (12/07) - Cont.

In re    **Joseph Bryce Dingman**                                          ,          Case No.      **09-11961**
                                                           Debtor

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Debtor to receive from sale of Toyota vehicle, original balance $6,000.** | - | 4,700.00 |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2006 Chevy 1500**<br>**80,000 miles fair condition**<br><br>**Titled under business**<br><br>**Location:**<br>**23 C First Street**<br>**Leesburg VA 20175** | - | 12,875.00 |
| | | **2006 Chevy Express Van 2500**<br>**89,000 miles fair condition**<br><br>**Titled under business**<br><br>**Location:**<br>**23 C First Street**<br>**Leesburg VA 20175** | - | 8,650.00 |

Sub-Total >         **26,225.00**
(Total of this page)

Sheet  __2__  of  __5__  continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Joseph Bryce Dingman**                                          ,          Case No.    **09-11961**
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **2007 Chevy Silverado 1500 good condition with 39,000 miles** | - | **20,300.00** |
| | | **Titled under business** | | |
| | | **Location: 23 C First Street Leesburg VA 20175** | | |
| | | **2008 Chevy Silverado 1500 good condition with 13,000 miles** | - | **23,475.00** |
| | | **Titled under business** | | |
| | | **Location: 23 C First Street Leesburg VA 20175** | | |
| | | **2008 Chevy G2500 Express Van good condition has 16,000 miles** | - | **16,500.00** |
| | | **Titled under business** | | |
| | | **Location: 23 C First Street Leesburg VA 20175** | | |
| | | **2007 Silverado 2500 good condition with 30,000 miles** | - | **24,550.00** |
| | | **Titled under business** | | |
| | | **Location: 23 C First Street Leesburg VA 20175** | | |
| | | **2008 Chevy G2500 Express Van good condition with 19,000 miles** | - | **16,500.00** |
| | | **Titled under business** | | |
| | | **Location: 23 C First Street Leesburg VA 20175** | | |

Sub-Total >          **101,325.00**
(Total of this page)

Sheet   **3**   of   **5**   continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Joseph Bryce Dingman**                                                     ,    Case No. __**09-11961**_____
                                                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY - AMENDED
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **2006 Chevy 3500 Truck**<br>**fair condition with 90,000 miles**<br><br>**Location:**<br>**23 C First Street**<br>**Leesburg VA 20175** | - | 27,050.00 |
| | | **2008 Trailer**<br><br>**Titled under business**<br><br>**Location:**<br>**23 C First Street**<br>**Leesburg VA 20175** | - | 5,000.00 |
| | | **2005 Trailer**<br><br>**Titled under business**<br><br>**Location:**<br>**23 C First Street**<br>**Leesburg VA 20175** | - | 2,000.00 |
| | | **2006 Suzuki ATV**<br><br>**Location:**<br>**21659 Bronte Place**<br>**Ashburn, VA 20146** | - | 3,525.00 |
| | | **2008 Roadclipper trailer**<br><br>**Location:**<br>**21659 Bronte Place**<br>**Ashburn, VA 20146** | - | 1,200.00 |
| | | **2007 Honda ATV**<br><br>**Location:**<br>**21659 Bronte Place**<br>**Ashburn, VA 20146** | - | 1,835.00 |
| | | **2001 Ford E250 Van**<br>**120,000**<br><br>**Location:**<br>**23 C First Street**<br>**Leesburg VA 20175** | - | 5,200.00 |

Sub-Total >    45,810.00
(Total of this page)

Sheet __**4**__ of __**5**__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Joseph Bryce Dingman**                                                    ,          Case No. _____**09-11961**_____
                                                          Debtor

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| | | **2003 Ford Van E250**<br>**80,000**<br><br>**Titled under business**<br><br>**Location:**<br>**23 C First Street**<br>**Leesburg VA 20175** | - | 7,925.00 |
| 26. Boats, motors, and accessories. | | **2001 Fountain 35 Feet**<br>**With Trailer - Meco Trailer**<br><br>**Location:**<br>**225 Hess Road**<br>**Grasonville, MD 21638** | - | 86,500.00 |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Printer**<br><br>**Location:**<br>**21659 Bronte Place**<br>**Ashburn, VA 20146** | - | 200.00 |
| | | **Laptop**<br><br>**Location:**<br>**21659 Bronte Place**<br>**Ashburn, VA 20146** | - | 400.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **Misc. tools used for work**<br><br>**Location:**<br>**21659 Bronte Place**<br>**Ashburn, VA 20146** | - | 2,000.00 |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---:|
| Sub-Total > | 97,025.00 |
| (Total of this page) | |
| Total > | 300,661.24 |

Sheet ___**5**___ of ___**5**___ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                  Best Case Bankruptcy

B6C (Official Form 6C) (12/07)

In re   **Joseph Bryce Dingman**                                        ,   Case No.   **09-11961**
                                  Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                            $136,875.
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **Business Checking Account ending in 4642** | **Va. Code Ann. § 34-13** | **10.00** | **10.00** |
| **Location:** **United Bank** | | | |
| **Savings Account ending in 1170** | **Va. Code Ann. § 34-13** | **200.00** | **200.00** |
| **Location:** **United Bank** | | | |
| **Checking Account ending 1046** | **Va. Code Ann. § 34-13** | **62.21** | **62.21** |
| **Location:** **United Bank** | | | |
| **Checking Account ending 6467** | **Va. Code Ann. § 34-13** | **1.00** | **1.00** |
| **Location:** **United Bank** | | | |
| **Checking account ending in 6814** | **Va. Code Ann. § 34-13** | **2.03** | **2.03** |
| **Location:** **United Bank** | | | |
| **Interests in Insurance Policies** | | | |
| **Prime America Life Insurance** | **Va. Code Ann. §§ 38.2-3339, 51.1-510** | **1.00** | **1.00** |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| **IRA with Putnams** | **Va. Code Ann. § 34-34** | **30,000.00** | **30,000.00** |
| **Other Contingent and Unliquidated Claims of Every Nature** | | | |
| **Debtor to receive from sale of Toyota vehicle, original balance $6,000.** | **Va. Code Ann. § 34-13** | **1.00** | **4,700.00** |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| **2006 Suzuki ATV** | **Va. Code Ann. § 34-26(8)** **Va. Code Ann. § 34-13** | **2,000.00** **1,525.00** | **3,525.00** |
| **Location:** **21659 Bronte Place** **Ashburn, VA 20146** | | | |
| **2008 Roadclipper trailer** | **Va. Code Ann. § 34-13** | **1,200.00** | **1,200.00** |
| **Location:** **21659 Bronte Place** **Ashburn, VA 20146** | | | |

<u>   1   </u>   continuation sheets attached to Schedule of Property Claimed as Exempt

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6C (Official Form 6C) (12/07) -- Cont.

In re   __Joseph Bryce Dingman_____,   Case No. ____09-11961_____
Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **2007 Honda ATV** | **Va. Code Ann. § 34-13** | **1,292.96** | **1,835.00** |
| | **Va. Code Ann. § 34-4** | **500.00** | |
| **Location:** | | | |
| **21659 Bronte Place** | | | |
| **Ashburn, VA 20146** | | | |
| **2003 Ford Van E250** | **Va. Code Ann. § 34-26(7)** | **7,925.00** | **7,925.00** |
| **80,000** | | | |
| **Titled under business** | | | |
| **Location:** | | | |
| **23 C First Street** | | | |
| **Leesburg VA 20175** | | | |
| **Office Equipment, Furnishings and Supplies** | | | |
| **Printer** | **Va. Code Ann. § 34-13** | **200.00** | **200.00** |
| **Location:** | | | |
| **21659 Bronte Place** | | | |
| **Ashburn, VA 20146** | | | |
| **Laptop** | **Va. Code Ann. § 34-13** | **400.00** | **400.00** |
| **Location:** | | | |
| **21659 Bronte Place** | | | |
| **Ashburn, VA 20146** | | | |
| **Machinery, Fixtures, Equipment and Supplies Used in Business** | | | |
| **Misc. tools used for work** | **Va. Code Ann. § 34-26(7)** | **2,000.00** | **2,000.00** |
| **Location:** | | | |
| **21659 Bronte Place** | | | |
| **Ashburn, VA 20146** | | | |

Total: **47,320.20**   **52,061.24**

Sheet __1__ of __1__ continuation sheets attached to the Schedule of Property Claimed as Exempt

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037        Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re __Joseph Bryce Dingman__ ,                    Case No. __09-11961__
                              Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - AMENDED

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx6592**<br><br>**Citizens Automobile Finance**<br>**PO Box 42113**<br>**Providence, RI 02940-2113** | X | - | Opened  6/01/07<br>**Purchase Money Security**<br>**2007 Chevy Silverado 1500**<br>**good condition with 39,000 miles**<br>**Titled under business**<br>Location:<br>**23 C First Street**<br>**Leesburg VA 20175** | | | | | |
| | | | Value $             **20,300.00** | | | | **17,126.00** | **0.00** |
| Account No. **112329594**<br><br>**Countrywide Bank**<br>**PO Box 660694**<br>**Dallas, TX 75266-0694** | | - | Opened  9/01/05<br><br>**Mortgage**<br><br>**43615 Preddy Court**<br>**Ashburn, VA 20146** | | | | | |
| | | | Value $            **621,000.00** | | | | **636,947.01** | **15,947.01** |
| Account No. **xxxxxx0173**<br><br>**Gemb Lending**<br>**PO Box 57091**<br>**Irvine, CA 92619-7098** | | - | Opened  6/01/06<br>**Purchase Money Security**<br>**2001 Fountain 35 Feet**<br>**With Trailer - Meco Trailer**<br>Location:<br>**225 Hess Road**<br>**Grasonville, MD 21638** | | | | | |
| | | | Value $             **86,500.00** | | | | **91,464.00** | **4,964.00** |
| Account No. **xxxxxxx3873**<br><br>**GMAC**<br>**PO Box 9001948**<br>**Louisville, KY 40290-1948** | X | - | Opened 12/01/07<br>**Purchase Money Security**<br>**2008 Chevy G2500 Express Van**<br>**good condition with 19,000 miles**<br>**Titled under business**<br>Location:<br>**23 C First Street**<br>**Leesburg VA 20175** | | | | | |
| | | | Value $             **16,500.00** | | | | **14,917.32** | **0.00** |
| __2__   continuation sheets attached | | | Subtotal<br>(Total of this page) | | | | **760,454.33** | **20,911.01** |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

05/15/09  6:00PM

B6D (Official Form 6D) (12/07) - Cont.

In re __Joseph Bryce Dingman_____,  Case No. ___09-11961_____

                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - AMENDED
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxx-xxxx-x3865** <br><br>**GMAC** <br>**PO Box 9001952** <br>**Louisville, KY 40290-1952** | X | - | Opened 12/01/07<br>**Purchase Money Security**<br>**2007 Silverado 2500**<br>**good condition with 30,000 miles**<br>**Titled under business**<br>**Location:**<br>**23 C First Street**<br>**Leesburg VA 20175**<br>Value $                24,550.00 | | | | 28,562.00 | 4,012.00 |
| Account No. **024-9125-97171** <br><br>**GMAC** <br>**PO Box 78234** <br>**Phoenix, AZ 85062-8234** | X | - | **Purchase Money Security**<br>**2008 Chevy Silverado 1500**<br>**good condition with 13,000 miles**<br>**Titled under business**<br>**Location:**<br>**23 C First Street**<br>**Leesburg VA 20175**<br>Value $                23,475.00 | | | | 32,000.00 | 8,525.00 |
| Account No. **024-9127-88280** <br><br>**GMAC** <br>**PO Box 9001948** <br>**Louisville, KY 40290** | X | - | **Purchase Money Security**<br>**2008 Chevy G2500 Express Van**<br>**good condition has 16,000 miles**<br>**Titled under business**<br>**Location:**<br>**23 C First Street**<br>**Leesburg VA 20175**<br>Value $                16,500.00 | | | | 18,027.90 | 1,527.90 |
| Account No. **xxxxxxxx2051** <br><br>**National City** <br>**PO Box 856177** <br>**Louisville, KY 40285-6177** | | - | Opened 11/01/05<br><br>**Second Mortgage**<br><br>**43615 Preddy Court**<br>**Ashburn, VA 20146**<br><br>Value $                621,000.00 | | | | 72,176.00 | 72,176.00 |
| Account No. **xx-xx-xxxxxx2476** <br><br>**PNC Bank** <br>**2730 Liberty Avenue** <br>**Pittsburgh, PA 15222** | X | - | **Purchase Money Security**<br>**2006 Chevy Express Van 2500**<br>**89,000 miles fair condition**<br>**Titled under business**<br>**Location:**<br>**23 C First Street**<br>**Leesburg VA 20175**<br>Value $                8,650.00 | | | | 7,900.00 | 0.00 |

Sheet __1__ of __2__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 158,665.90 | 86,240.90 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

05/15/09  6:00PM

B6D (Official Form 6D) (12/07) - Cont.

In re **Joseph Bryce Dingman**                                        ,      Case No. **09-11961**
                                                            Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - AMENDED
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxxxxx3438**<br><br>**Suntrust**<br>**Attention:  RVW3034**<br>**1001 Semmes Ave**<br>**Richmond, VA 23224** | X | - | **Opened  2/01/06**<br>**Purchase Money Security**<br>**2006 Chevy 1500**<br>**80,000 miles fair condition**<br>**Titled under business**<br>**Location:**<br>**23 C First Street**<br>**Leesburg VA 20175** | | | | | |
| | | | Value $               **12,875.00** | | | | **15,699.00** | **2,824.00** |
| Account No. **502-3740231630-9001**<br><br>**Wells Fargo**<br>**PO Box 60510**<br>**Los Angeles, CA 90060-0510** | | - | **Opened  6/01/06**<br>**Purchase Money Security**<br>**2006 Chevy 3500 Truck**<br>**fair condition with 90,000 miles**<br>**Location:**<br>**23 C First Street**<br>**Leesburg VA 20175** | | | | | |
| | | | Value $               **27,050.00** | | | | **26,600.00** | **0.00** |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |

Sheet **2** of **2** continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal<br>(Total of this page) | **42,299.00** | **2,824.00** |
| Total<br>(Report on Summary of Schedules) | **961,419.23** | **109,975.91** |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                                    Best Case Bankruptcy

05/15/09  6:00PM

B6E (Official Form 6E) (12/07)

In re   **Joseph Bryce Dingman**                                          ,   Case No. ___**09-11961**___
                                        Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS - AMENDED

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**2**   continuation sheets attached

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

05/15/09  6:00PM

B6E (Official Form 6E) (12/07) - Cont.

In re    **Joseph Bryce Dingman**                                                    ,    Case No.    **09-11961**
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS - AMENDED
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | 2006 & 2007 | | | | | | |
| **Internal Revenue Services PO Box 105017 Atlanta, GA 30348-5017** | | - | **Income tax owed for 2006 & 2007** | | | | | 0.00 | |
| | | | | | | | 13,898.00 | | 13,898.00 |
| Account No. | | | **941 Federal Payroll Taxes** | | | | | | |
| **IRS Cincinnati, OH 45999-0039** | X | - | | | | | | 0.00 | |
| | | | | | | | 71,827.72 | | 71,827.72 |
| Account No. | | | **940 Unemployment Taxes** | | | | | | |
| **IRS Cincinnati, OH 45999-0039** | X | - | | | | | | 0.00 | |
| | | | | | | | 524.81 | | 524.81 |
| Account No. | | | **License Renewal Fees** | | | | | | |
| **Loudoun County Business Licens 1 Harrison Street SE 1st Floor Leesburg, VA 20177-9804** | X | - | | | | | | 0.00 | |
| | | | | | | | 519.60 | | 519.60 |
| Account No. | | | 2006 & 2007 | | | | | | |
| **VA Department of Taxation PO Box 760 Richmond, VA 23218-0760** | | - | **Income Tax owed for 2006 & 2007** | | | | | 0.00 | |
| | | | | | | | 2,900.00 | | 2,900.00 |

Sheet ___1___ of ___2___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | | |
|---|---|---|
| 0.00 | | |
| 89,670.13 | | 89,670.13 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                              Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re    **Joseph Bryce Dingman**                                    ,        Case No.    **09-11961**
                                        Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS - AMENDED
(Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No. **xx-xxx2839**<br><br>**Virginia Department of Taxatio**<br>**PO Box 1777**<br>**Richmond, VA 23218-1777** | X | - | **VA Payroll Witholding Taxes** | | | | 10,293.27 | 0.00<br><br>10,293.27 |
| Account No.<br><br>**Virginia Unemployment**<br>**PO Box 1358**<br>**Richmond, VA 23218** | X | - | **VA Employment Commission Taxes** | | | | 199.66 | 0.00<br><br>199.66 |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet **2** of **2**   continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal<br>(Total of this page) | 0.00<br>10,492.93 | 10,492.93 |
| Total<br>(Report on Summary of Schedules) | 0.00<br>100,163.06 | 100,163.06 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re    **Joseph Bryce Dingman**                                                                    Case No.    **09-11961**
                                                                                    ,
                                                   Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. xxxx1093 | | | | | Services | | | | |
| Aetna 980 Jolly Road Bldg1 Blue Bell, PA 19422 | X | - | | | | | | | 10,842.00 |
| Account No. xxx-xx5690 | | | | | Services | | | | |
| Alside/ Revere N Va 8397 Terminal Road Lorton, VA 22079 | X | - | | | | | | | 33,385.35 |
| Account No. 8698 | | | | | Services | | | | |
| American Direct Mail Marketing 8136 Old keene Mill Rd Suite a-312 Springfield, VA 22152 | X | - | | | | | | | 1,523.94 |
| Account No. xxxx-xxxxxx-x1006 | | | | | Business Charge Card | | | | |
| American Express PO Box 1270 Newark, NJ 07101-1270 | X | - | | | | | | | 15,157.85 |

__15__  continuation sheets attached

Subtotal
(Total of this page)                                           60,909.14

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                          S/N:27735-090414    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re __Joseph Bryce Dingman_____,  Case No. ___09-11961_____
                                    Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**American Global Yacht Group<br>225 Hess Road<br>Grasonville, MD 21638** | - | | Services | | | | 2,013.30 |
| Account No.<br><br>**American Improvement LLC<br>Massanas, VA 20190** | X | - | Services | | | | 4,710.00 |
| Account No.<br><br>**Andrew Smith<br>7990 Oak Bridge Lane<br>Fairfax Station, VA 22039** | X | - | Deposit for contract | | | | 3,083.94 |
| Account No.<br><br>**Annandale Millwork Corp.<br>1936 Millwood Pike<br>Winchester, VA 22602** | X | - | Services | | | | 750.00 |
| Account No. **xxxxx5209**<br><br>**AT&T Mobility<br>PO Box 6463<br>Carol Stream, IL 60197-6463** | X | - | Business Cell Phones | | | | 1,529.07 |

Sheet no. __1___ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

12,086.31

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Joseph Bryce Dingman**                                                    ,     Case No.   **09-11961**
                                          Debtor

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Audrey Winter** <br>**913 N. Ivy Street** <br>**Arlington, VA 22201** | X | - | 12/2008 | | | | 64,865.00 |
| Account No. <br><br>**B&L Telephone  Service** <br>**735 North Watford Ct** <br>**Sterling, VA 20164** | X | - | Services | | | | 155.00 |
| Account No. <br><br>**Beacon Accounting Group** <br>**6 Pidgeon Hill Drive** <br>**Suite 300** <br>**Sterling, VA 20165** | X | - | Services | | | | 550.50 |
| Account No. **xxxxx7264** <br><br>**Brinks Home Security** <br>**PO Box 70834** <br>**Charlotte, NC 28272-0834** | X | - | Unpaid Security Fees | | | | 42.49 |
| Account No. **238** <br><br>**Cabinet Showplace** <br>**210 N. 21st Street Unit E** <br>**Purcellville, VA 20132** | X | - | Supplies | | | | 2,161.75 |

Sheet no. __**2**___ of __**15**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

67,774.74

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Joseph Bryce Dingman**                                          ,     Case No. ____**09-11961**____
                                    Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Supplies | | | | |
| **Capital Lighting & Supply** **45969 Noke Blvd** **Sterling, VA 20166** | X | - | | | | | | | 7,246.27 |
| Account No. **xxxxxxxxxxx5214** | | | | | Business Credit Card | | | | |
| **Capital One** **PO box 70884** **Charlotte, NC 28272-0884** | X | - | | | | | | | 2,700.00 |
| Account No. **xxxx-xxxx-xxxx-6019** | | | | | Business Credit Card | | | | |
| **Capital One** **PO Box 70884** **Charlotte, NC 28272-0884** | X | - | | | | | | | 7,000.00 |
| Account No. **1688** | | | | | Services | | | | |
| **Catoctin Blueprint** **7 Catoctin Circle SE** **Leesburg, VA 20175** | X | - | | | | | | | 54.43 |
| Account No. **xxxx-xxxx-xxxx-7586** | | | | | Business Credit Card | | | | |
| **Chase** **Cardmember Service** **PO Box 15153** **Wilmington, DE 19886-5153** | X | - | | | | | | | 18,521.51 |

Sheet no. __**3**__ of __**15**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **35,522.21**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Joseph Bryce Dingman**                                                    ,      Case No.   **09-11961**
                                                   Debtor

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **xxxx-xxxx-0301**<br><br>**Chase**<br>**PO Box 15298**<br>**Wilmington, DE 19850** | - | | | | **Opened 12/01/96**<br>**Credit Card** | | | | 30,317.00 |
| Account No. **685**<br><br>**Clear Glass Creations LLC**<br>**4 Redbud Lane**<br>**Lovettsville, VA 20180** | X - | | | | **Services** | | | | 5,001.00 |
| Account No.<br><br>**Conestoga Tile**<br>**401 A Moulstown Road**<br>**Hanover, PA 17331** | X - | | | | **Supplies** | | | | 2,213.05 |
| Account No.<br><br>**DDA&G Enterprises**<br>**23A First St. SE**<br>**Leesburg, VA 20175** | X - | | | | **Rent** | | | X | 1,650.00 |
| Account No.<br><br>**Delta Concrete Corporation**<br>**10480 Colonel Court**<br>**Manassas, VA 20110** | X - | | | | **Services** | | | | 29,794.00 |

Sheet no. __**4**__ of __**15**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                        68,975.05

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

9/15/09  6:00PM

B6F (Official Form 6F) (12/07) - Cont.

In re  **Joseph Bryce Dingman**                                    ,     Case No. _____**09-11961**_____
                                                                Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **Direct TV** PO Box 60036 Los Angeles, CA 90060-0036 | X | - | | Services | | | | 80.83 |
| Account No. xxxx-xxxx-xxxx-7696 **Discover Financial** Bankruptcy Department Po Box 3025 New Albany, OH 43054 | | - | | Opened 8/01/02 Last Active 12/22/08 CreditCard | | | | 8,157.00 |
| Account No. xxxx-xxxx-xxxx-2796 **Discover Financial** Attention: Bankruptcy Department Po Box 3025 New Albany, OH 43054 | | - | | Opened 8/01/96 Last Active 1/05/09 CreditCard | | | | 7,721.00 |
| Account No. **Dominion Power** PO Box 26543 Richmond, VA 23290 | X | - | | Utility | | | | 160.58 |
| Account No. xxxxxx4715 **Dominion Power** PO Box 26543 Richmond, VA 23290-0001 | | - | | Utility | | | | 770.63 |

Sheet no. __**5**___ of __**15**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**16,890.04**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Joseph Bryce Dingman**                                    ,        Case No. ____**09-11961**_____
                                      Debtor

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Services | | | | |
| Don's Johns PO Box 2007 Merrifield, VA 22116-2007 | X | - | | | | | | | 937.51 |
| Account No. | | | | | 8-2008 Services | | | | |
| DSG Services 11814 Decour Ct. Fairfax, VA 22030 | X | - | | | | | | | 8,295.00 |
| Account No. 5559 | | | | | Supplies | | | | |
| Dulles Electric 1600 S. Sterling Blvd Sterling, VA 20164 | X | - | | | | | | | 854.55 |
| Account No. xxxxxxxxxxxx1575 | | | | | Opened 4/01/90 Business Card | | | | |
| Exxon Exxon /Mobile Des Moines, IA 50361 | X | - | | | | | | | 4,520.00 |
| Account No. | | | | | Services | | | | |
| Ez Car Wash 23 A First Street Leesburg, VA 20175 | X | - | | | | | | X | 450.00 |

| Sheet no. __**6**___ of __**15**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 15,057.06 |
|---|---|---|

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

5/15/09  6:00PM

B6F (Official Form 6F) (12/07) - Cont.

In re  **Joseph Bryce Dingman**                                          ,    Case No.    **09-11961**
                                    Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Services | | | | |
| Fleetmatics 49 Walnut Park Building 2 Wellesley Hills, MA 02481 | X | - | | | | | | | 330.00 |
| Account No. | | | | | Services | | | | |
| Four Seasons Renovations.INC c/o Charles Campbell 12312 Skylark Lane Bowie Bowie, MD 20715 | X | - | | | | | | | 42,331.00 |
| Account No. | | | | | Services | | | | |
| Gainesville Plumbing LLC 15137 Golf View Drive Haymarket, VA 20169 | X | - | | | | | | | 550.00 |
| Account No. **xxx-xxxx-x1017** | | | | | 2008 H2 Hummer Lease | | | | |
| GMAC PO Box 78234 Phoenix, AZ 85062-8234 | X | - | | | Titled under business  Location: 23 C First Street Leesburg VA 20175 | | | | 17,426.00 |
| Account No. **Re: Jeff & Cheri Brown** | | | | | Demand for Compensation | | | | |
| Greenspun Shapiro Davis & Lear 3955 Chain Bridge Road Second Floor Fairfax, VA 22030 | X | - | | | | | | X | 45,000.00 |

Sheet no.  **7**  of  **15**  sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     105,637.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re __Joseph Bryce Dingman_____,    Case No. ___09-11961_____
                                    Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **xx6130** | | | | | Services | | | | |
| Guardian 2300 East Capitol Drive Appleton, WI 54911 | X | - | | | | | | | 1,481.62 |
| Account No. **xxxx-xxxx-xxxx-1089** | | | | | Store Card | | | | |
| Home Depot PO Box 6029 The Lakes, NV 88901-6029 | X | - | | | | | | | 30,000.00 |
| Account No. **xxxx-xxxx-xxxx-7072** | | | | | Charge Card | | | | |
| Home Depot Services PO Box 6925 The Lakes, NV 88901 | X | - | | | | | | | 12,353.06 |
| Account No. | | | | | Services | | | | |
| Jorge's Constuction 3720 Tavern Way Triangle, VA 22172-1035 | X | - | | | | | | | 9,500.00 |
| Account No. | | | | | Services | | | | |
| Koffer Consulting 14139 Lotus Lane Apt 1432 Centreville, VA 20120 | X | - | | | | | | | 387.50 |

Sheet no. __8__ of __15__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    53,722.18

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Joseph Bryce Dingman**                                         ,      Case No. ____**09-11961**_____
                                                         Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Supplies | | | | |
| **Lansing Building Products** **22820 Indian Creek Drive** **Sterling, VA 20166** | X | - | | | | | | | 4,600.61 |
| Account No. | | | | | Services | | | | |
| **Lerner & Garcia Associates** **4932 14th st south** **Arlington, VA 22204** | X | - | | | | | | | 1,650.00 |
| Account No. **RDx2421** | | | | | Services | | | | |
| **Loudoun County Solid Waste** **906 Trailview Blvd SE** **Suite B** **Leesburg, VA 20175** | X | - | | | | | | | 1,177.80 |
| Account No. | | | | | Services | | | | |
| **Loudoun County Solid Waste Mgm** **906 Trailview Blvd. SE** **Suite B** **Leesburg, VA 20175** | X | - | | | | | | | 732.60 |
| Account No. | | | | | Utility | | | | |
| **Loudoun Water** **PO Box 4000** **Ashburn, VA 20146-2591** | | - | | | | | | | 294.53 |

Sheet no. __**9**___ of __**15**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

8,455.54

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Joseph Bryce Dingman**                                                    Case No. ___**09-11961**___
                                                                ,
                                        Debtor

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xxxxxxxxx4611**<br><br>Lowes<br>PO Box 530970<br>Atlanta, GA 30353-0970 | X | - | | Store Card | | | | 4,986.00 |
| Account No.<br><br>Marlene Santamaria's Cleaning<br>345 Whipp Dr. SE<br>Leesburg, VA 20175 | X | - | | Services | | | | 1,260.00 |
| Account No.<br><br>MJP Construction Co., Inc.<br>10808 Mantilla Ct<br>Oakton, VA 22124 | X | - | | Services | | | | 894.00 |
| Account No.<br><br>Money Mailer<br>109 Almond Ct<br>Sterling, VA 20164 | X | - | | Other Bill | | | | 825.00 |
| Account No. **xxx-x4950**<br><br>Norandex<br>7380 Gallerher Road<br>Gainesville, VA 20156 | X | - | | Supplies | | | | 78.71 |

Sheet no. __**10**__ of __**15**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

8,043.71

B6F (Official Form 6F) (12/07) - Cont.

In re    **Joseph Bryce Dingman**                                                                                    , Case No.    **09-11961**
                                                            Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Supplies | | | | |
| **Partition Plus** **PO Box 8** **Fallston, MD 21047** | X | - | | | | | 1,075.00 |
| Account No. **xx-xx-xxxxxx2478** | | | Opened 11/01/05 Automobile | | | | |
| **Pnc Bank** **2730 Liberty Ave** **Pittsburgh, PA 15222** | X | - | | | | | 7,810.00 |
| Account No. **xx1172** | | | Other Bill | | | | |
| **Precision Doors** **6295-80 Edsall Rd** **Alexandria, VA 22312** | X | - | | | | | 2,826.60 |
| Account No. **Optimum Choice Insurance** | | | Services | | | | |
| **Premium Credit Services Inc.** **PO Box 29004** **Minneapolis, MN 55429** | X | - | | | | | 2,352.64 |
| Account No. | | | Services | | | | |
| **Prince William Garage Doors** **12190 Bristow Road** **Bristow, VA 20136** | X | - | | | | | 485.00 |

Sheet no. __11__ of __15__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **14,549.24**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                      Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re __Joseph Bryce Dingman_____,    Case No. ___09-11961_____
                                              Debtor

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**PTB Inc**<br>**10479 Manns Harbor Ct**<br>**Gainesville, VA 20155** | X | - | Services | | | | 1,119.50 |
| Account No.<br><br>**Sesco - DSS**<br>**9547 Fairfax Blvd**<br>**Fairfax, VA 22031** | X | - | Services | | | | 28.35 |
| Account No. **xxxx-x610-9**<br><br>**Sherwin Williams**<br>**696 B Elden St**<br>**Herndon, VA 20170** | X | - | Supplies | | | | 619.05 |
| Account No. **xxxx-xxxx-xxxx-4060**<br><br>**State Farm Financial S**<br>**Attn: BCC-DTB5**<br>**112 E Washington St**<br>**Bloomington, IL 61701** | | - | Opened  1/01/05<br>Credit Card | | | | 26,134.00 |
| Account No.<br><br>**State Farm Insurance**<br>**PO Box 588002**<br>**North Metro, GA 30029-8002** | X | - | Insurance | | | | 3,104.63 |

Sheet no. __12__ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

31,005.53

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

05/15/09  6:00PM

B6F (Official Form 6F) (12/07) - Cont.

In re   **Joseph Bryce Dingman**                                                          , Case No. ___**09-11961**___
                                                            Debtor

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Services | | | | |
| **Sunbelt Rentals** **PO Box 409211** **Atlanta, GA 30384-9211** | X | - | | | | | 2,914.44 |
| Account No. **xx8298** | | | Services | | | | |
| **The Roof Center** **5900 Farrington Ave** **Alexandria, VA 22304** | X | - | | | | | 9,533.96 |
| Account No. | | | | | | | |
| **The Town of Leesburg** **PO Box 88** **Leesburg, VA 20178** | X | - | | | | | 20.16 |
| Account No. **xx5561** | | | Services | | | | |
| **Turner's Services Company** **11512 Robertson Drive** **Manassas, VA 20109** | X | - | | | | | 18,650.00 |
| Account No. **x1045** | | | Supplies | | | | |
| **Tw Perry** **8519 Connecticut Avenue** **Chevy Chase, MD 20815** | X | - | | | | | 1,148.84 |

Sheet no. __**13**__ of __**15**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

32,267.40

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                              Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Joseph Bryce Dingman**                                                    ,     Case No. _____**09-11961**_____
                                              **Debtor**

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Services | | | | |
| VAMAC, Inc. PO Box 11225 Richmond, VA 23230 | X | - | | | | | | | 3,525.26 |
| Account No. xxxxxxxx9920 | | | | | Phone Services | | | | |
| Verizon Verizon PO Box 660720 Dallas, TX 75266-0720 | X | - | | | | | | | 298.53 |
| Account No. xxxxxxxx2959 | | | | | Phone Services | | | | |
| Verizon PO Box 660720 Dallas, TX 75266-0720 | X | - | | | | | | | 1,145.84 |
| Account No. | | | | | Deposit for contract | | | | |
| Veronica Crawford 3205 Plantation Parkway Fairfax, VA 22030 | X | - | | | | | | | 0.00 |
| Account No. xxx3134 | | | | | Other Bill | | | | |
| Vienna Paint & Decorating Co 2433 Hunter Mill Rd Vienna, VA 22181 | X | - | | | | | | | 49.33 |

Sheet no. __**14**__ of __**15**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **5,018.96**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Joseph Bryce Dingman**                                              ,     Case No.   **09-11961**
                                                Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **xxxx-xxxx-xxxx-2056**<br><br>**Wash Mutual/Providian**<br>**Attn: Bankruptcy Dept**<br>**Po Box 10467**<br>**Greenville, SC 29603** | | - | | | **Opened 10/01/96**<br>**Credit Card** | | | | **14,663.00** |
| Account No. **xxxxxx8834**<br><br>**Washington Gas**<br>**PO Box 9001036**<br>**Louisville, KY 40290-1036** | | - | | | **Utility** | | | | **538.20** |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

| | | |
|---|---|---|
| Sheet no. __**15**__ of __**15**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal<br>(Total of this page) | **15,201.20** |
| | Total<br>(Report on Summary of Schedules) | **551,115.31** |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                   Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

In re   **Joseph Bryce Dingman**                           ,    Case No.    **09-11961**
                                          Debtor

# SCHEDULE H - CODEBTORS - AMENDED

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| **JB Contracting & Electrical**<br>**23C First Street SE**<br>**Leesburg, VA 20176**<br>  **Co-owner** | **Citizens Automobile Finance**<br>**PO Box 42113**<br>**Providence, RI 02940-2113** |
| **JB Contracting & Electrical**<br>**23C First Street SE**<br>**Leesburg, VA 20176**<br>  **Co-owner** | **GMAC**<br>**PO Box 9001948**<br>**Louisville, KY 40290-1948** |
| **JB Contracting & Electrical**<br>**23C First Street SE**<br>**Leesburg, VA 20176**<br>  **Co-owner** | **GMAC**<br>**PO Box 9001952**<br>**Louisville, KY 40290-1952** |
| **JB Contracting & Electrical**<br>**23C First Street SE**<br>**Leesburg, VA 20176**<br>  **Co-owner** | **GMAC**<br>**PO Box 78234**<br>**Phoenix, AZ 85062-8234** |
| **JB Contracting & Electrical**<br>**23C First Street SE**<br>**Leesburg, VA 20176**<br>  **Co-owner** | **GMAC**<br>**PO Box 9001948**<br>**Louisville, KY 40290** |
| **JB Contracting & Electrical**<br>**23C First Street SE**<br>**Leesburg, VA 20176**<br>  **Co-owner** | **PNC Bank**<br>**2730 Liberty Avenue**<br>**Pittsburgh, PA 15222** |
| **JB Contracting & Electrical**<br>**23C First Street SE**<br>**Leesburg, VA 20176**<br>  **Co-owner** | **Suntrust**<br>**Attention: RVW3034**<br>**1001 Semmes Ave**<br>**Richmond, VA 23224** |
| **JB Contracting & Electrical**<br>**23C First Street SE**<br>**Leesburg, VA 20176** | **IRS**<br>**Cincinnati, OH 45999-0039** |
| **JB Contracting & Electrical**<br>**23C First Street SE**<br>**Leesburg, VA 20176** | **IRS**<br>**Cincinnati, OH 45999-0039** |
| **JB Contracting & Electrical**<br>**23C First Street SE**<br>**Leesburg, VA 20176** | **Loudoun County Business Licens**<br>**1 Harrison Street SE**<br>**1st Floor**<br>**Leesburg, VA 20177-9804** |

**6**

     continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037             Best Case Bankruptcy

In re    **Joseph Bryce Dingman**                                              ,    Case No.    **09-11961**
                                                                    Debtor

## SCHEDULE H - CODEBTORS - AMENDED
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| **JB Contracting & Electrical**<br>**23C First Street SE**<br>**Leesburg, VA 20176** | **Virginia Department of Taxatio**<br>**PO Box 1777**<br>**Richmond, VA 23218-1777** |
| **JB Contracting & Electrical**<br>**23C First Street SE**<br>**Leesburg, VA 20176** | **Virginia Unemployment**<br>**PO Box 1358**<br>**Richmond, VA 23218** |
| **JB Contracting & Electrical**<br>**23C First Street SE**<br>**Leesburg, VA 20176** | **Aetna**<br>**980 Jolly Road Bldg1**<br>**Blue Bell, PA 19422** |
| **JB Contracting & Electrical**<br>**23C First Street SE**<br>**Leesburg, VA 20176**<br>   **Debtor personally guaranteed.** | **Alside/ Revere N Va**<br>**8397 Terminal Road**<br>**Lorton, VA 22079** |
| **JB Contracting & Electrical**<br>**23C First Street SE**<br>**Leesburg, VA 20176** | **American Direct Mail Marketing**<br>**8136 Old keene Mill Rd**<br>**Suite a-312**<br>**Springfield, VA 22152** |
| **JB Contracting & Electrical**<br>**23C First Street SE**<br>**Leesburg, VA 20176** | **American Express**<br>**PO Box 1270**<br>**Newark, NJ 07101-1270** |
| **JB Contracting & Electrical**<br>**23C First Street SE**<br>**Leesburg, VA 20176** | **American Improvement LLC**<br>**Massanas, VA 20190** |
| **JB Contracting & Electrical**<br>**23C First Street SE**<br>**Leesburg, VA 20176** | **Andrew Smith**<br>**7990 Oak Bridge Lane**<br>**Fairfax Station, VA 22039** |
| **JB Contracting & Electrical**<br>**23C First Street SE**<br>**Leesburg, VA 20176** | **Annandale Millwork Corp.**<br>**1936 Millwood Pike**<br>**Winchester, VA 22602** |
| **JB Contracting & Electrical**<br>**23C First Street SE**<br>**Leesburg, VA 20176** | **AT&T Mobility**<br>**PO Box 6463**<br>**Carol Stream, IL 60197-6463** |
| **JB Contracting & Electrical**<br>**23C First Street SE**<br>**Leesburg, VA 20176** | **Four Seasons Renovations.INC**<br>**c/o Charles Campbell**<br>**12312 Skylark Lane Bowie**<br>**Bowie, MD 20715** |
| **JB Contracting & Electrical**<br>**23C First Street SE**<br>**Leesburg, VA 20176** | **Chase**<br>**Cardmember Service**<br>**PO Box 15153**<br>**Wilmington, DE 19886-5153** |

Sheet __1__ of __6__  continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re    **Joseph Bryce Dingman**                                                    ,    Case No.    **09-11961**
                                                                                Debtor

# SCHEDULE H - CODEBTORS - AMENDED
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **JB Contracting & Electrical**<br>**23C First Street SE**<br>**Leesburg, VA 20176** | **Audrey Winter**<br>**913 N. Ivy Street**<br>**Arlington, VA 22201** |
| **JB Contracting & Electrical**<br>**23C First Street SE**<br>**Leesburg, VA 20176** | **B&L Telephone  Service**<br>**735 North Watford Ct**<br>**Sterling, VA 20164** |
| **JB Contracting & Electrical**<br>**23C First Street SE**<br>**Leesburg, VA 20176** | **Beacon Accounting Group**<br>**6 Pidgeon Hill Drive**<br>**Suite 300**<br>**Sterling, VA 20165** |
| **JB Contracting & Electrical**<br>**23C First Street SE**<br>**Leesburg, VA 20176** | **Brinks Home Security**<br>**PO Box 70834**<br>**Charlotte, NC 28272-0834** |
| **JB Contracting & Electrical**<br>**23C First Street SE**<br>**Leesburg, VA 20176** | **Cabinet Showplace**<br>**210 N. 21st Street Unit E**<br>**Purcellville, VA 20132** |
| **JB Contracting & Electrical**<br>**23C First Street SE**<br>**Leesburg, VA 20176** | **Capital Lighting & Supply**<br>**45969 Noke Blvd**<br>**Sterling, VA 20166** |
| **JB Contracting & Electrical**<br>**23C First Street SE**<br>**Leesburg, VA 20176** | **Capital One**<br>**PO box 70884**<br>**Charlotte, NC 28272-0884** |
| **JB Contracting & Electrical**<br>**23C First Street SE**<br>**Leesburg, VA 20176** | **Capital One**<br>**PO Box 70884**<br>**Charlotte, NC 28272-0884** |
| **JB Contracting & Electrical**<br>**23C First Street SE**<br>**Leesburg, VA 20176** | **Catoctin Blueprint**<br>**7 Catoctin Circle SE**<br>**Leesburg, VA 20175** |
| **JB Contracting & Electrical**<br>**23C First Street SE**<br>**Leesburg, VA 20176** | **Clear Glass Creations LLC**<br>**4 Redbud Lane**<br>**Lovettsville, VA 20180** |
| **JB Contracting & Electrical**<br>**23C First Street SE**<br>**Leesburg, VA 20176** | **Conestoga Tile**<br>**401 A Moulstown Road**<br>**Hanover, PA 17331** |
| **JB Contracting & Electrical**<br>**23C First Street SE**<br>**Leesburg, VA 20176** | **DDA&G Enterprises**<br>**23A First St. SE**<br>**Leesburg, VA 20175** |
| **JB Contracting & Electrical**<br>**23C First Street SE**<br>**Leesburg, VA 20176** | **Delta Concrete Corporation**<br>**10480 Colonel Court**<br>**Manassas, VA 20110** |

Sheet   **2**   of   **6**   continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re __Joseph Bryce Dingman_____,  Case No. ___09-11961_____

Debtor

# SCHEDULE H - CODEBTORS - AMENDED
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| JB Contracting & Electrical<br>23C First Street SE<br>Leesburg, VA 20176 | Direct TV<br>PO Box 60036<br>Los Angeles, CA 90060-0036 |
| JB Contracting & Electrical<br>23C First Street SE<br>Leesburg, VA 20176 | Dominion Power<br>PO Box 26543<br>Richmond, VA 23290 |
| JB Contracting & Electrical<br>23C First Street SE<br>Leesburg, VA 20176 | Don's Johns<br>PO Box 2007<br>Merrifield, VA 22116-2007 |
| JB Contracting & Electrical<br>23C First Street SE<br>Leesburg, VA 20176 | DSG Services<br>11814 Decour Ct.<br>Fairfax, VA 22030 |
| JB Contracting & Electrical<br>23C First Street SE<br>Leesburg, VA 20176 | Dulles Electric<br>1600 S. Sterling Blvd<br>Sterling, VA 20164 |
| JB Contracting & Electrical<br>23C First Street SE<br>Leesburg, VA 20176 | Exxon<br>Exxon /Mobile<br>Des Moines, IA 50361 |
| JB Contracting & Electrical<br>23C First Street SE<br>Leesburg, VA 20176 | Ez Car Wash<br>23 A First Street<br>Leesburg, VA 20175 |
| JB Contracting & Electrical<br>23C First Street SE<br>Leesburg, VA 20176 | Fleetmatics<br>49 Walnut Park<br>Building 2<br>Wellesley Hills, MA 02481 |
| JB Contracting & Electrical<br>23C First Street SE<br>Leesburg, VA 20176 | Gainesville Plumbing LLC<br>15137 Golf View Drive<br>Haymarket, VA 20169 |
| JB Contracting & Electrical<br>23C First Street SE<br>Leesburg, VA 20176 | GMAC<br>PO Box 78234<br>Phoenix, AZ 85062-8234 |
| JB Contracting & Electrical<br>23C First Street SE<br>Leesburg, VA 20176 | Greenspun Shapiro Davis & Lear<br>3955 Chain Bridge Road<br>Second Floor<br>Fairfax, VA 22030 |
| JB Contracting & Electrical<br>23C First Street SE<br>Leesburg, VA 20176 | Guardian<br>2300 East Capitol Drive<br>Appleton, WI 54911 |
| JB Contracting & Electrical<br>23C First Street SE<br>Leesburg, VA 20176 | Home Depot<br>PO Box 6029<br>The Lakes, NV 88901-6029 |

Sheet __3__ of __6__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re   **Joseph Bryce Dingman**                                                    ,        Case No.    **09-11961**
                                                                Debtor

## SCHEDULE H - CODEBTORS - AMENDED
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| **JB Contracting & Electrical**<br>**23C First Street SE**<br>**Leesburg, VA 20176** | **Home Depot Services**<br>**PO Box 6925**<br>**The Lakes, NV 88901** |
| **JB Contracting & Electrical**<br>**23C First Street SE**<br>**Leesburg, VA 20176** | **Jorge's Constuction**<br>**3720 Tavern Way**<br>**Triangle, VA 22172-1035** |
| **JB Contracting & Electrical**<br>**23C First Street SE**<br>**Leesburg, VA 20176** | **Koffer Consulting**<br>**14139 Lotus Lane**<br>**Apt 1432**<br>**Centreville, VA 20120** |
| **JB Contracting & Electrical**<br>**23C First Street SE**<br>**Leesburg, VA 20176** | **Lansing Building Products**<br>**22820 Indian Creek Drive**<br>**Sterling, VA 20166** |
| **JB Contracting & Electrical**<br>**23C First Street SE**<br>**Leesburg, VA 20176** | **Lerner & Garcia Associates**<br>**4932 14th st south**<br>**Arlington, VA 22204** |
| **JB Contracting & Electrical**<br>**23C First Street SE**<br>**Leesburg, VA 20176** | **Loudoun County Solid Waste**<br>**906 Trailview Blvd SE**<br>**Suite B**<br>**Leesburg, VA 20175** |
| **JB Contracting & Electrical**<br>**23C First Street SE**<br>**Leesburg, VA 20176** | **Loudoun County Solid Waste Mgm**<br>**906 Trailview Blvd. SE**<br>**Suite B**<br>**Leesburg, VA 20175** |
| **JB Contracting & Electrical**<br>**23C First Street SE**<br>**Leesburg, VA 20176** | **Lowes**<br>**PO Box 530970**<br>**Atlanta, GA 30353-0970** |
| **JB Contracting & Electrical**<br>**23C First Street SE**<br>**Leesburg, VA 20176** | **Marlene Santamaria's Cleaning**<br>**345 Whipp Dr. SE**<br>**Leesburg, VA 20175** |
| **JB Contracting & Electrical**<br>**23C First Street SE**<br>**Leesburg, VA 20176** | **MJP Construction Co., Inc.**<br>**10808 Mantilla Ct**<br>**Oakton, VA 22124** |
| **JB Contracting & Electrical**<br>**23C First Street SE**<br>**Leesburg, VA 20176** | **Money Mailer**<br>**109 Almond Ct**<br>**Sterling, VA 20164** |
| **JB Contracting & Electrical**<br>**23C First Street SE**<br>**Leesburg, VA 20176** | **Norandex**<br>**7380 Gallerher Road**<br>**Gainesville, VA 20156** |

Sheet   **4**   of   **6**   continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                           Best Case Bankruptcy

In re   **Joseph Bryce Dingman**                              ,   Case No.   **09-11961**

Debtor

# SCHEDULE H - CODEBTORS - AMENDED
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| JB Contracting & Electrical<br>23C First Street SE<br>Leesburg, VA 20176 | Partition Plus<br>PO Box 8<br>Fallston, MD 21047 |
| JB Contracting & Electrical<br>23C First Street SE<br>Leesburg, VA 20176 | Pnc Bank<br>2730 Liberty Ave<br>Pittsburgh, PA 15222 |
| JB Contracting & Electrical<br>23C First Street SE<br>Leesburg, VA 20176 | Precision Doors<br>6295-80 Edsall Rd<br>Alexandria, VA 22312 |
| JB Contracting & Electrical<br>23C First Street SE<br>Leesburg, VA 20176 | Premium Credit Services Inc.<br>PO Box 29004<br>Minneapolis, MN 55429 |
| JB Contracting & Electrical<br>23C First Street SE<br>Leesburg, VA 20176 | Prince William Garage Doors<br>12190 Bristow Road<br>Bristow, VA 20136 |
| JB Contracting & Electrical<br>23C First Street SE<br>Leesburg, VA 20176 | PTB Inc<br>10479 Manns Harbor Ct<br>Gainesville, VA 20155 |
| JB Contracting & Electrical<br>23C First Street SE<br>Leesburg, VA 20176 | Sesco - DSS<br>9547 Fairfax Blvd<br>Fairfax, VA 22031 |
| JB Contracting & Electrical<br>23C First Street SE<br>Leesburg, VA 20176 | Sherwin Williams<br>696 B Elden St<br>Herndon, VA 20170 |
| JB Contracting & Electrical<br>23C First Street SE<br>Leesburg, VA 20176 | State Farm Insurance<br>PO Box 588002<br>North Metro, GA 30029-8002 |
| JB Contracting & Electrical<br>23C First Street SE<br>Leesburg, VA 20176 | Sunbelt Rentals<br>PO Box 409211<br>Atlanta, GA 30384-9211 |
| JB Contracting & Electrical<br>23C First Street SE<br>Leesburg, VA 20176 | The Roof Center<br>5900 Farrington Ave<br>Alexandria, VA 22304 |
| JB Contracting & Electrical<br>23C First Street SE<br>Leesburg, VA 20176 | The Town of Leesburg<br>PO Box 88<br>Leesburg, VA 20178 |
| JB Contracting & Electrical<br>23C First Street SE<br>Leesburg, VA 20176 | Turner's Services Company<br>11512 Robertson Drive<br>Manassas, VA 20109 |

Sheet  **5**  of  **6**  continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re    **Joseph Bryce Dingman**_____,    Case No.    **09-11961**_____

Debtor

## SCHEDULE H - CODEBTORS - AMENDED
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| **JB Contracting & Electrical**<br>**23C First Street SE**<br>**Leesburg, VA 20176** | **Tw Perry**<br>**8519 Connecticut Avenue**<br>**Chevy Chase, MD 20815** |
| **JB Contracting & Electrical**<br>**23C First Street SE**<br>**Leesburg, VA 20176** | **VAMAC, Inc.**<br>**PO Box 11225**<br>**Richmond, VA 23230** |
| **JB Contracting & Electrical**<br>**23C First Street SE**<br>**Leesburg, VA 20176** | **Verizon**<br>**Verizon PO Box 660720**<br>**Dallas, TX 75266-0720** |
| **JB Contracting & Electrical**<br>**23C First Street SE**<br>**Leesburg, VA 20176** | **Verizon**<br>**PO Box 660720**<br>**Dallas, TX 75266-0720** |
| **JB Contracting & Electrical**<br>**23C First Street SE**<br>**Leesburg, VA 20176** | **Veronica Crawford**<br>**3205 Plantation Parkway**<br>**Fairfax, VA 22030** |
| **JB Contracting & Electrical**<br>**23C First Street SE**<br>**Leesburg, VA 20176** | **Vienna Paint & Decorating Co**<br>**2433 Hunter Mill Rd**<br>**Vienna, VA 22181** |

Sheet __6__ of __6__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6I (Official Form 6I) (12/07)

In re   **Joseph Bryce Dingman**                                          Case No.   **09-11961**
Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S) - AMENDED

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S):<br>**Daughter** | AGE(S):<br>**20** |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Owner** | |
| Name of Employer | **JB Contracting LLC** | **Aria Systems Inc.** |
| How long employed | **15 years** | |
| Address of Employer | **23 C First Street**<br>**Leesburg, VA 20175** | **1400 Providence Road STE 210**<br>**Media, PA 19063** |

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ **5,540.00** | $ **12,307.00** |
| 2. Estimate monthly overtime | $ **0.00** | $ **0.00** |
| 3. SUBTOTAL | $ **5,540.00** | $ **12,307.00** |
| 4. LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $ **1,416.00** | $ **4,001.00** |
| b. Insurance | $ **0.00** | $ **0.00** |
| c. Union dues | $ **0.00** | $ **0.00** |
| d. Other (Specify):   **Retirement** | $ **250.00** | $ **0.00** |
| | $ **0.00** | $ **0.00** |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ **1,666.00** | $ **4,001.00** |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ **3,874.00** | $ **8,306.00** |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ **0.00** | $ **0.00** |
| 8. Income from real property | $ **0.00** | $ **0.00** |
| 9. Interest and dividends | $ **0.00** | $ **0.00** |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ **0.00** | $ **0.00** |
| 11. Social security or government assistance (Specify): | $ **0.00** | $ **0.00** |
| | $ **0.00** | $ **0.00** |
| 12. Pension or retirement income | $ **0.00** | $ **0.00** |
| 13. Other monthly income (Specify): | $ **0.00** | $ **0.00** |
| | $ **0.00** | $ **0.00** |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ **0.00** | $ **0.00** |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ **3,874.00** | $ **8,306.00** |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $ **12,180.00** | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

B6J (Official Form 6J) (12/07)

In re __Joseph Bryce Dingman__ _____    Case No. __09-11961__ _____
                                    Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S) - AMENDED

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

■  Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | | |
|---|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | | $ | 3,500.00 |
| a. Are real estate taxes included? | Yes ___    No __X__ | | |
| b. Is property insurance included? | Yes ___    No __X__ | | |
| 2. Utilities:    a. Electricity and heating fuel | | $ | 550.00 |
| b. Water and sewer | | $ | 75.00 |
| c. Telephone | | $ | 0.00 |
| d. Other    __See Detailed Expense Attachment__ | | $ | 310.00 |
| 3. Home maintenance (repairs and upkeep) | | $ | 150.00 |
| 4. Food | | $ | 2,100.00 |
| 5. Clothing | | $ | 300.00 |
| 6. Laundry and dry cleaning | | $ | 150.00 |
| 7. Medical and dental expenses | | $ | 100.00 |
| 8. Transportation (not including car payments) | | $ | 250.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | $ | 100.00 |
| 10. Charitable contributions | | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | | |
| a. Homeowner's or renter's | | $ | 0.00 |
| b. Life | | $ | 41.00 |
| c. Health | | $ | 0.00 |
| d. Auto | | $ | 0.00 |
| e. Other | | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | | |
| (Specify) | | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | | |
| a. Auto | | $ | 1,025.00 |
| b. Other    __Community Church School__ | | $ | 780.00 |
| c. Other | | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | | $ | 450.00 |
| 15. Payments for support of additional dependents not living at your home | | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $ | 0.00 |
| 17. Other    __Misc. school funds for Daughter in college__ | | $ | 400.00 |
| Other    __Child Care__ | | $ | 1,760.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | | $ | 12,041.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

20. STATEMENT OF MONTHLY NET INCOME

| | | | |
|---|---|---|---:|
| a. | Average monthly income from Line 15 of Schedule I | $ | 12,180.00 |
| b. | Average monthly expenses from Line 18 above | $ | 15,641.00 |
| c. | Monthly net income (a. minus b.) | $ | -3,461.00 |

**B6J (Official Form 6J) (12/07)**

In re   **Joseph Bryce Dingman**                                    Case No.   **09-11961**
_____
Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S) - AMENDED

## (Spouse's Schedule)

| | |
|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home)   $ | **3,600.00** |
| a. Are real estate taxes included?   Yes **X**   No ___ | |
| b. Is property insurance included?   Yes **X**   No ___ | |
| 2. Utilities:   a. Electricity and heating fuel   $ | **0.00** |
| b. Water and sewer   $ | **0.00** |
| c. Telephone   $ | **0.00** |
| d. Other   $ | **0.00** |
| 3. Home maintenance (repairs and upkeep)   $ | **0.00** |
| 4. Food   $ | **0.00** |
| 5. Clothing   $ | **0.00** |
| 6. Laundry and dry cleaning   $ | **0.00** |
| 7. Medical and dental expenses   $ | **0.00** |
| 8. Transportation (not including car payments)   $ | **0.00** |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc.   $ | **0.00** |
| 10. Charitable contributions   $ | **0.00** |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
| a. Homeowner's or renter's   $ | **0.00** |
| b. Life   $ | **0.00** |
| c. Health   $ | **0.00** |
| d. Auto   $ | **0.00** |
| e. Other   $ | **0.00** |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | |
| (Specify)   $ | **0.00** |
| 13. Installment payments: (In chapter 12 and 13 cases, do not list payments to be included in the plan.) | |
| a. Auto   $ | **0.00** |
| b. Other   $ | **0.00** |
| c. Other   $ | **0.00** |
| 14. Alimony, maintenance, and support paid to others   $ | **0.00** |
| 15. Payments for support of additional dependents not living at your home   $ | **0.00** |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement)   $ | **0.00** |
| 17. Other   $ | **0.00** |
| Other   $ | **0.00** |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)   $ | **3,600.00** |

19. Describe any increase or decrease in expenditures anticipated to occur within the year following the filing of this document:

_____

**B6J (Official Form 6J) (12/07)**

In re   **Joseph Bryce Dingman**                                    Case No.   **09-11961**
_____
                    Debtor(s)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S) - AMENDED
### Detailed Expense Attachment

**Other Utility Expenditures:**

| | | |
|---|---|---|
| **Fios** | $ | **180.00** |
| **Cell Phone** | $ | **130.00** |
| **Total Other Utility Expenditures** | $ | **310.00** |

**B6 Declaration (Official Form 6 - Declaration). (12/07)**

# United States Bankruptcy Court
## Eastern District of Virginia

In re **Joseph Bryce Dingman**                                            Case No.    **09-11961**
                                                   Debtor(s)               Chapter     **7**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES - AMENDED

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __45__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **May 15, 2009**                              Signature  **/s/ Joseph Bryce Dingman**

                                                               **Joseph Bryce Dingman**
                                                               Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

Software Copyright (c) 1996-2009 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B7 (Official Form 7) (12/07)

# United States Bankruptcy Court
### Eastern District of Virginia

In re    **Joseph Bryce Dingman**                                    Case No.    **09-11961**
                                          Debtor(s)          Chapter    **7**

## STATEMENT OF FINANCIAL AFFAIRS - AMENDED

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

_____

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$5,538.46** | **2009 YTD: Husband Self-Employment Income** |
| **$50,769.40** | **2008: Husband Self-Employment Income** |
| **$68,091.00** | **2007: Husband Self-Employment Income** |

**2. Income other than from employment or operation of business**

None ☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$942.00** | **2007 State Tax Refund** |

**3. Payments to creditors**

None ■

***Complete a. or b., as appropriate, and c.***

a.   *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ■

b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None ■

c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None ■

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|

None ■

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5. Repossessions, foreclosures and returns**

None
■

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

**6. Assignments and receiverships**

None
■

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None
■

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

**7. Gifts**

None
■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

**8. Losses**

None
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

**9. Payments related to debt counseling or bankruptcy**

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| A 123  Credit Counselors, Inc<br>701 NW 62nd Avenue<br>Suite 160<br>Miami, FL 33126 | 3/11/2009 | $30.00 |

**10. Other transfers**

None
■

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None
■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None
☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **United Bank**<br>**21036 Triple Seven Road**<br>**Sterling, VA 20165** | **1/26/2009 account ending 3373** | **$18,000.00** |

**12. Safe deposit boxes**

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

5

**15. Prior address of debtor**

None
☐

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| **43615 Preddy Court**<br>**Ashburn, VA 20146** | **Joseph Bryce Dingman** | **2002-2008** |

**16. Spouses and Former Spouses**

None
☐

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME
**Aleen Sangiuliano (current spouse)**
**08-27-2008**

**Julie Anderson (former spouse)**
**44016 Royal Crest Square**
**Ashburn, Virginia 20147**

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None ☐   a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **JB Contracting and Electrical LLC** | **2839** | **23C First Street SE Leesburg, VA 20176** | **Home remodeling and service.** | **February 20, 2003- February 2009** |

None ■   b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None ☐   a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Joseph Bryce Dingman 21659 Bronte Place Ashburn, VA 20146** | **2006, 2007** |
| **Stephanie Simms 47386 McCarthys Island  Court Sterling, VA 20165** | **2007, 2008** |

None ☐   b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|
| **Department of Labor** | | **12/2008** |

7

None ☐  c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| **Joseph Bryce Dingman** | **21659 Bronte Place**<br>**Ashburn, VA 20146** |

None ■  d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|

**20. Inventories**

None ■  a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|

None ■  b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY<br>RECORDS |
|---|---|

**21 . Current Partners, Officers, Directors and Shareholders**

None ■  a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ☐  b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE<br>OF STOCK OWNERSHIP |
|---|---|---|
| **Joeseph Bryce Dingman**<br>**21659 Bronte Place**<br>**Ashburn, VA 20146** | **Manager** | **100%** |

**22 . Former partners, officers, directors and shareholders**

None ■  a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ■  b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

**23 . Withdrawals from a partnership or distributions by a corporation**

None ■   If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group.**

None ■   If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

**25. Pension Funds.**

None ■   If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date   **May 15, 2009**                                   Signature   **/s/ Joseph Bryce Dingman**

                                                                        **Joseph Bryce Dingman**
                                                                        Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

Aetna
980 Jolly Road Bldg1
Blue Bell, PA 19422


Aetna
PO Box 7247-0221
Philadelphia, PA 19170-0221


Alside/ Revere N Va
8397 Terminal Road
Lorton, VA 22079


American Direct Mail Marketing
8136 Old keene Mill Rd
Suite a-312
Springfield, VA 22152


American Express
PO Box 1270
Newark, NJ 07101-1270


American Global Yacht Group
225 Hess Road
Grasonville, MD 21638


American Improvement LLC
Massanas, VA 20190


Andrew Smith
7990 Oak Bridge Lane
Fairfax Station, VA 22039


Annandale Millwork Corp.
1936 Millwood Pike
Winchester, VA 22602


AT&T Mobility
PO Box 6463
Carol Stream, IL 60197-6463


Audrey Winter
913 N. Ivy Street
Arlington, VA 22201

B&L Telephone  Service
735 North Watford Ct
Sterling, VA 20164


Beacon Accounting Group
6 Pidgeon Hill Drive
Suite 300
Sterling, VA 20165


Briglia & McLaughain
1950 Old Gallows Road
Suite 750
Vienna, VA 22182


Brinks Home Security
PO Box 70834
Charlotte, NC 28272-0834


Brinks Home Security
P.O box 70834
Charlotte, NC 28272


Cabinet Showplace
210 N. 21st Street Unit E
Purcellville, VA 20132


Capital Lighting & Supply
45969 Noke Blvd
Sterling, VA 20166


Capital One
PO box 70884
Charlotte, NC 28272-0884


Capsalis, Bruce & Reaser, PLC
2200 Wilson Boulevard
Suite 800
Arlington, VA 22201


Catoctin Blueprint
7 Catoctin Circle SE
Leesburg, VA 20175

Chase
Cardmember Service
PO Box 15153
Wilmington, DE 19886-5153


Chase
PO Box 15298
Wilmington, DE 19850


Citizens Automobile Finance
PO Box 42113
Providence, RI 02940-2113


Citizens Bank
480 Jefferson Blvd
Rje 135
Warwick, RI 02886


Clear Glass Creations LLC
4 Redbud Lane
Lovettsville, VA 20180


Conestoga Tile
401 A Moulstown Road
Hanover, PA 17331


Countrywide Bank
PO Box 660694
Dallas, TX 75266-0694


Countrywide Home Lending
Attention: Bankruptcy  SV-314B
Po Box 5170
Simi Valley, CA 93062


D,D,A&g Entereprises LLC
23 A First Street
Leesburg, VA 20175


DDA&G Enterprises
23A First St. SE
Leesburg, VA 20175

Delta Concrete Corporation
10480 Colonel Court
Manassas, VA 20110


Direct TV
PO Box 60036
Los Angeles, CA 90060-0036


Discover
PO Box 71084
Charlotte, NC 28272-1084


Discover Financial
Bankruptcy Department
Po Box 3025
New Albany, OH 43054


Discover Financial
Attention: Bankruptcy Department
Po Box 3025
New Albany, OH 43054


Dominion Power
PO Box 26543
Richmond, VA 23290


Dominion Power
PO Box 26543
Richmond, VA 23290-0001


Don's Johns
PO Box 2007
Merrifield, VA 22116-2007


DSG Services
11814 Decour Ct.
Fairfax, VA 22030


Dulles Electric
1600 S. Sterling Blvd
Sterling, VA 20164


Exxon
Exxon /Mobile
Des Moines, IA 50361

Exxon Mobile
Po Box 103104
Roswell, GA 30076


Ez Car Wash
23 A First Street
Leesburg, VA 20175


Fleetmatics
49 Walnut Park
Building 2
Wellesley Hills, MA 02481


Four Seasons Renovations.INC
c/o Charles Campbell
12312 Skylark Lane Bowie
Bowie, MD 20715


G M A C
P O Box 2150
Greeley, CO 80632


Gainesville Plumbing LLC
15137 Golf View Drive
Haymarket, VA 20169


Gemb Lending
PO Box 57091
Irvine, CA 92619-7098


Gemb Lending Inc
3355 Michelson Dr Fl 2
Irvine, CA 92612


GMAC
PO Box 78234
Phoenix, AZ 85062-8234


GMAC
PO Box 9001948
Louisville, KY 40290-1948


GMAC
PO Box 9001952
Louisville, KY 40290-1952

GMAC
PO Box 9001948
Louisville, KY 40290


GMAC
PO Box 130424
Roseville, MN 55113


Greenspun Shapiro Davis & Lear
3955 Chain Bridge Road
Second Floor
Fairfax, VA 22030


Guardian
2300 East Capitol Drive
Appleton, WI 54911


Home Depot
PO Box 6029
The Lakes, NV 88901-6029


Home Depot Services
PO Box 6925
The Lakes, NV 88901


Internal Revenue Services
PO Box 105017
Atlanta, GA 30348-5017


IRS
Cincinnati, OH 45999-0039


JB Contracting & Electrical
23C First Street SE
Leesburg, VA 20176


Jeff Brown
7429 Long Pine Drive
Springfield, VA 22151


Jorge's Constuction
3720 Tavern Way
Triangle, VA 22172-1035

Koffer Consulting
14139 Lotus Lane
Apt 1432
Centreville, VA 20120


Lansing Building Products
22820 Indian Creek Drive
Sterling, VA 20166


Lerner & Garcia Associates
4932 14th st south
Arlington, VA 22204


Loudoun County Business Licens
1 Harrison Street SE
1st Floor
Leesburg, VA 20177-9804


Loudoun County Business Licens
PO Box 8000
Leesburg, VA 20177


Loudoun County Solid Waste
906 Trailview Blvd SE
Suite B
Leesburg, VA 20175


Loudoun County Solid Waste Mgm
906 Trailview Blvd. SE
Suite B
Leesburg, VA 20175


Loudoun Water
PO Box 4000
Ashburn, VA 20146-2591


Lowes
PO Box 530970
Atlanta, GA 30353-0970


Marlene Santamaria's Cleaning
345 Whipp Dr. SE
Leesburg, VA 20175

MJP Construction Co., Inc.
10808 Mantilla Ct
Oakton, VA 22124


Money Mailer
109 Almond Ct
Sterling, VA 20164


National City
PO Box 856177
Louisville, KY 40285-6177


National City
Bankruptcy Department
6750 Miller Rd
Brecksville, OH 44141


Norandex
7380 Gallerher Road
Gainesville, VA 20156


Optimum Choice Inc.
PO Box 42924
Philadelphia, PA 19101-2924


Partition Plus
PO Box 8
Fallston, MD 21047


Pnc Bank
2730 Liberty Ave
Pittsburgh, PA 15222


PNC Bank
2730 Liberty Avenue
Pittsburgh, PA 15222


PNC Bank NA
PO Box 747066
Pittsburgh, PA 15274


Precision Doors
6295-80 Edsall Rd
Alexandria, VA 22312

Premium Credit Services Inc.
PO Box 29004
Minneapolis, MN 55429


Prince William Garage Doors
12190 Bristow Road
Bristow, VA 20136


PTB Inc
10479 Manns Harbor Ct
Gainesville, VA 20155


Rental Agreement
43615 Preddy Court
Ashburn, VA 20146


Sesco - DSS
9547 Fairfax Blvd
Fairfax, VA 22031


Sherwin Williams
696 B Elden St
Herndon, VA 20170


State Farm Financial S
Attn: BCC-DTB5
112 E Washington St
Bloomington, IL 61701


State Farm Insurance
PO Box 588002
North Metro, GA 30029-8002


Sunbelt Rentals
PO Box 409211
Atlanta, GA 30384-9211


Suntrust
Attention: RVW3034
1001 Semmes Ave
Richmond, VA 23224


The Roof Center
5900 Farrington Ave
Alexandria, VA 22304

The Roof Center Inc
PO Box 630384
Baltimore, MD 21263-0384


The Town of Leesburg
PO Box 88
Leesburg, VA 20178


Turner's Services Company
11512 Robertson Drive
Manassas, VA 20109


Tw Perry
8519 Connecticut Avenue
Chevy Chase, MD 20815


VA Department of Taxation
PO Box 760
Richmond, VA 23218-0760


VAMAC, Inc.
PO Box 11225
Richmond, VA 23230


Verizon
Verizon PO Box 660720
Dallas, TX 75266-0720


Verizon
PO Box 660720
Dallas, TX 75266-0720


Veronica Crawford
3205 Plantation Parkway
Fairfax, VA 22030


Vienna Paint & Decorating Co
2433 Hunter Mill Rd
Vienna, VA 22181


Virginia Department of Taxatio
PO Box 1777
Richmond, VA 23218-1777

```
Virginia Unemployment
PO Box 1358
Richmond, VA 23218


WAMU
PO Box 660487
Dallas, TX 75266-0487


Wash Mutual/Providian
Attn: Bankruptcy Dept
Po Box 10467
Greenville, SC 29603


Washington Gas
PO Box 9001036
Louisville, KY 40290-1036


Wells Fargo
PO Box 60510
Los Angeles, CA 90060-0510
```

B22A (Official Form 22A) (Chapter 7) (12/08)

| | |
|---|---|
| In re **Joseph Bryce Dingman** | According to the information required to be entered on this statement (check one box as directed in Part I, III, or VI of this statement): |
| Debtor(s) | ☐ **The presumption arises.** |
| Case Number: **09-11961** | ■ **The presumption does not arise.** |
| (If known) | ☐ **The presumption is temporarily inapplicable.** |

**AMENDED**

**CHAPTER 7 STATEMENT OF CURRENT MONTHLY INCOME
AND MEANS-TEST CALCULATION**

In addition to Schedules I and J, this statement must be completed by every individual chapter 7 debtor, whether or not filing jointly. Unless the exclusion in Line 1C applies, joint debtors may complete a single statement. If the exclusion in Line 1C applies, each joint filer must complete a separate statement.

| | **Part I. MILITARY AND NON-CONSUMER DEBTORS** |
|---|---|
| 1A | **Disabled Veterans.** If you are a disabled veteran described in the Declaration in this Part IA, (1) check the box at the beginning of the Declaration, (2) check the box for "The presumption does not arise" at the top of this statement, and (3) complete the verification in Part VIII. Do not complete any of the remaining parts of this statement.<br><br>☐ **Declaration of Disabled Veteran.** By checking this box, I declare under penalty of perjury that I am a disabled veteran (as defined in 38 U.S.C. § 3741(1)) whose indebtedness occurred primarily during a period in which I was on active duty (as defined in 10 U.S.C. § 101(d)(1)) or while I was performing a homeland defense activity (as defined in 32 U.S.C. §901(1)). |
| 1B | **Non-consumer Debtors.** If your debts are not primarily consumer debts, check the box below and complete the verification in Part VIII. Do not complete any of the remaining parts of this statement.<br><br>☐ **Declaration of non-consumer debts.** By checking this box, I declare that my debts are not primarily consumer debts. |
| 1C | **Reservists and National Guard Members; active duty or homeland defense activity.** Members of a reserve component of the Armed Forces and members of the National Guard who were called to active duty (as defined in 10 U.S.C. § 101(d)(1)) after September 11, 2001, for a period of at least 90 days, or who have performed homeland defense activity (as defined in 32 U.S.C. § 901(1)) for a period of at least 90 days, are excluded from all forms of means testing during the time of active duty or homeland defense activity and for 540 days thereafter (the "exclusion period"). If you qualify for this temporary exclusion, (1) check the appropriate boxes and complete any required information in the Declaration of Reservists and National Guard Members below, (2) check the box for "The presumption is temporarily inapplicable" at the top of this statement, and (3) complete the verification in Part VIII. **During your exclusion period you are not required to complete the balance of this form, but you must complete the form no later than 14 days after the date on which your exclusion period ends, unless the time for filing a motion raising the means test presumption expires in your case before your exclusion period ends**.<br><br>☐ **Declaration of Reservists and National Guard Members.** By checking this box and making the appropriate entries below, I declare that I am eligible for a temporary exclusion from means testing because, as a member of a reserve component of the Armed Forces or the National Guard<br><br>      a. ☐ I was called to active duty after September 11, 2001, for a period of at least 90 days and<br>          ☐ I remain on active duty /or/<br>          ☐ I was released from active duty on _____, which is less than 540 days before this bankruptcy case was filed;<br><br>          OR<br><br>      b. ☐ I am performing homeland defense activity for a period of at least 90 days /or/<br>          ☐ I performed homeland defense activity for a period of at least 90 days, terminating on _____, which is less than 540 days before this bankruptcy case was filed. |

B22A (Official Form 22A) (Chapter 7) (12/08)　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　2

| | Part II. CALCULATION OF MONTHLY INCOME FOR § 707(b)(7) EXCLUSION | | |
|---|---|---|---|
| 2 | **Marital/filing status.** Check the box that applies and complete the balance of this part of this statement as directed.<br>a. ☐ Unmarried. **Complete only Column A ("Debtor's Income") for Lines 3-11.**<br>b. ☐ Married, not filing jointly, with declaration of separate households. By checking this box, debtor declares under penalty of perjury: "My spouse and I are legally separated under applicable non-bankruptcy law or my spouse and I are living apart other than for the purpose of evading the requirements of § 707(b)(2)(A) of the Bankruptcy Code." **Complete only column A ("Debtor's Income") for Lines 3-11.**<br>c. ☑ Married, not filing jointly, without the declaration of separate households set out in Line 2.b above. **Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 3-11.**<br>d. ☐ Married, filing jointly. **Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 3-11.** | | |
| | All figures must reflect average monthly income received from all sources, derived during the six calendar months prior to filing the bankruptcy case, ending on the last day of the month before the filing. If the amount of monthly income varied during the six months, you must divide the six-month total by six, and enter the result on the appropriate line. | **Column A**<br><br>**Debtor's Income** | **Column B**<br><br>**Spouse's Income** |
| 3 | **Gross wages, salary, tips, bonuses, overtime, commissions.** | $　　5,540.00 | $　　9,598.67 |
| 4 | **Income from the operation of a business, profession or farm.** Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 4. If you operate more than one business, profession or farm, enter aggregate numbers and provide details on an attachment. Do not enter a number less than zero. **Do not include any part of the business expenses entered on Line b as a deduction in Part V.**<br><br>　　　　　　　　　　Debtor　　　　Spouse<br>a. Gross receipts　　　$　0.00 \| $　0.00<br>b. Ordinary and necessary business expenses　$　0.00 \| $　0.00<br>c. Business income　Subtract Line b from Line a | $　　0.00 | $　　0.00 |
| 5 | **Rents and other real property income.** Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 5. Do not enter a number less than zero. **Do not include any part of the operating expenses entered on Line b as a deduction in Part V.**<br><br>　　　　　　　　　　Debtor　　　　Spouse<br>a. Gross receipts　　　$　0.00 \| $　0.00<br>b. Ordinary and necessary operating expenses　$　0.00 \| $　0.00<br>c. Rent and other real property income　Subtract Line b from Line a | $　　0.00 | $　　0.00 |
| 6 | **Interest, dividends, and royalties.** | $　　0.00 | $　　0.00 |
| 7 | **Pension and retirement income.** | $　　0.00 | $　　0.00 |
| 8 | **Any amounts paid by another person or entity, on a regular basis, for the household expenses of the debtor or the debtor's dependents, including child support paid for that purpose.** Do not include alimony or separate maintenance payments or amounts paid by your spouse if Column B is completed. | $　　0.00 | $　　0.00 |
| 9 | **Unemployment compensation.** Enter the amount in the appropriate column(s) of Line 9. However, if you contend that unemployment compensation received by you or your spouse was a benefit under the Social Security Act, do not list the amount of such compensation in Column A or B, but instead state the amount in the space below:<br><br>Unemployment compensation claimed to be a benefit under the Social Security Act　Debtor $　0.00　Spouse $　0.00 | $　　0.00 | $　　0.00 |
| 10 | **Income from all other sources.** Specify source and amount. If necessary, list additional sources on a separate page. **Do not include alimony or separate maintenance payments paid by your spouse if Column B is completed, but include all other payments of alimony or separate maintenance.** Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, crime against humanity, or as a victim of international or domestic terrorism.<br><br>　　　　　　　　　　Debtor　　　　Spouse<br>a.　　　　　　$　　　　$<br>b.　　　　　　$　　　　$<br><br>Total and enter on Line 10 | $　　0.00 | $　　0.00 |
| 11 | **Subtotal of Current Monthly Income for § 707(b)(7).** Add Lines 3 thru 10 in Column A, and, if Column B is completed, add Lines 3 through 10 in Column B. Enter the total(s). | $　　5,540.00 | $　　9,598.67 |

| 12 | **Total Current Monthly Income for § 707(b)(7).** If Column B has been completed, add Line 11, Column A to Line 11, Column B, and enter the total.  If Column B has not been completed, enter the amount from Line 11, Column A. | $ | 15,138.67 |
|----|-------------|---|-----------|

## Part III. APPLICATION OF § 707(b)(7) EXCLUSION

| 13 | **Annualized Current Monthly Income for § 707(b)(7).**  Multiply the amount from Line 12 by the number 12 and enter the result. | $ | 181,664.04 |
|----|-------------|---|-----------|

| 14 | **Applicable median family income.** Enter the median family income for the applicable state and household size. (This information is available by family size at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.)   a. Enter debtor's state of residence:  **VA**   b. Enter debtor's household size:  **6** | $ | 99,569.00 |
|----|-------------|---|-----------|

| 15 | **Application of Section 707(b)(7).** Check the applicable box and proceed as directed.  ☐ **The amount on Line 13 is less than or equal to the amount on Line 14.**  Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete Part VIII; do not complete Parts IV, V, VI or VII.  ■ **The amount on Line 13 is more than the amount on Line 14.**  Complete the remaining parts of this statement. |
|----|-------------|

**Complete Parts IV, V, VI, and VII of this statement only if required.  (See Line 15.)**

## Part IV. CALCULATION OF CURRENT MONTHLY INCOME FOR § 707(b)(2)

| 16 | Enter the amount from Line 12. | $ | 15,138.67 |
|----|-------------|---|-----------|

| 17 | **Marital adjustment.** If you checked the box at Line 2.c, enter on Line 17 the total of any income listed in Line 11, Column B that was NOT paid on a regular basis for the household expenses of the debtor or the debtor's dependents. Specify in the lines below the basis for excluding the Column B income (such as payment of the spouse's tax liability or the spouse's support of persons other than the debtor or the debtor's dependents) and the amount of income devoted to each purpose. If necessary, list additional adjustments on a separate page. If you did not check box at Line 2.c, enter zero. |   |   |
|----|-------------|---|-----------|

| a. | **Wife's mortgage payment on separate real property.** | $ | 3,600.00 |
|----|-------------|---|-----------|
| b. |  | $ |  |
| c. |  | $ |  |
| d. |  | $ |  |

| | Total and enter on Line 17 | $ | 3,600.00 |
|--|-------------|---|-----------|
| 18 | **Current monthly income for § 707(b)(2).**  Subtract Line 17 from Line 16 and enter the result. | $ | 11,538.67 |

## Part V. CALCULATION OF DEDUCTIONS FROM INCOME

### Subpart A: Deductions under Standards of the Internal Revenue Service (IRS)

| 19A | **National Standards: food, clothing and other items.**  Enter in Line 19A the "Total" amount from IRS National Standards for Food, Clothing and Other Items for the applicable household size. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $ | 1,894.00 |
|-----|-------------|---|-----------|

| 19B | **National Standards: health care.**  Enter in Line a1 below the amount from IRS National Standards for Out-of-Pocket Health Care for persons under 65 years of age, and in Line a2 the IRS National Standards for Out-of-Pocket Health Care for persons 65 years of age or older. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) Enter in Line b1 the number of members of your household who are under 65 years of age, and enter in Line b2 the number of members of your household who are 65 years of age or older. (The total number of household members must be the same as the number stated in Line 14b.) Multiply Line a1 by Line b1 to obtain a total amount for household members under 65, and enter the result in Line c1. Multiply Line a2 by Line b2 to obtain a total amount for household members 65 and older, and enter the result in Line c2. Add Lines c1 and c2 to obtain a total health care amount, and enter the result in Line 19B. |   |   |
|-----|-------------|---|-----------|

| Household members under 65 years of age | | Household members 65 years of age or older | | | |
|---|---|---|---|---|---|
| a1. | Allowance per member | 60 | a2. | Allowance per member | 144 |
| b1. | Number of members | 6 | b2. | Number of members | 0 |
| c1. | Subtotal | 360.00 | c2. | Subtotal | 0.00 | $ | 360.00 |

| 20A | **Local Standards: housing and utilities; non-mortgage expenses.**  Enter the amount of the IRS Housing and Utilities Standards; non-mortgage expenses for the applicable county and household size.  (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $ | 515.00 |
|-----|-------------|---|-----------|

B22A (Official Form 22A) (Chapter 7) (12/08)

| 20B | **Local Standards: housing and utilities; mortgage/rent expense.** Enter, in Line a below, the amount of the IRS Housing and Utilities Standards; mortgage/rent expense for your county and household size (this information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter on Line b the total of the Average Monthly Payments for any debts secured by your home, as stated in Line 42; subtract Line b from Line a and enter the result in Line 20B. **Do not enter an amount less than zero.** | | | | |
|---|---|---|---|---|---|
| | a. | IRS Housing and Utilities Standards; mortgage/rental expense | $ | **2,057.00** | |
| | b. | Average Monthly Payment for any debts secured by your home, if any, as stated in Line 42 | $ | **3,644.00** | |
| | c. | Net mortgage/rental expense | Subtract Line b from Line a. | | $ **0.00** |

| 21 | **Local Standards: housing and utilities; adjustment.** If you contend that the process set out in Lines 20A and 20B does not accurately compute the allowance to which you are entitled under the IRS Housing and Utilities Standards, enter any additional amount to which you contend you are entitled, and state the basis for your contention in the space below: <br><br> _____ | $ **0.00** |
|---|---|---|

| 22A | **Local Standards: transportation; vehicle operation/public transportation expense.** <br> You are entitled to an expense allowance in this category regardless of whether you pay the expenses of operating a vehicle and regardless of whether you use public transportation. <br><br> Check the number of vehicles for which you pay the operating expenses or for which the operating expenses are included as a contribution to your household expenses in Line 8. <br><br> ☐ 0   ☐ 1   ■ 2 or more. <br><br> If you checked 0, enter on Line 22A the "Public Transportation" amount from IRS Local Standards: Transportation. If you checked 1 or 2 or more, enter on Line 22A the "Operating Costs" amount from IRS Local Standards: Transportation for the applicable number of vehicles in the applicable Metropolitan Statistical Area or Census Region. (These amounts are available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $ **460.00** |
|---|---|---|

| 22B | **Local Standards: transportation; additional public transportation expense.** If you pay the operating expenses for a vehicle and also use public transportation, and you contend that you are entitled to an additional deduction for you public transportation expenses, enter on Line 22B the "Public Transportation" amount from IRS Local Standards: Transportation. (This amount is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $ **0.00** |
|---|---|---|

| 23 | **Local Standards: transportation ownership/lease expense; Vehicle 1.** Check the number of vehicles for which you claim an ownership/lease expense. (You may not claim an ownership/lease expense for more than two vehicles.) <br><br> ☐ 1   ■ 2 or more. <br><br> Enter, in Line a below, the "Ownership Costs" for "One Car" from the IRS Local Standards: Transportation (available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 1, as stated in Line 42; subtract Line b from Line a and enter the result in Line 23. **Do not enter an amount less than zero.** | | | | |
|---|---|---|---|---|---|
| | a. | IRS Transportation Standards, Ownership Costs | $ | **489.00** | |
| | b. | Average Monthly Payment for any debts secured by Vehicle 1, as stated in Line 42 | $ | **278.12** | |
| | c. | Net ownership/lease expense for Vehicle 1 | Subtract Line b from Line a. | | $ **210.88** |

| 24 | **Local Standards: transportation ownership/lease expense; Vehicle 2.** Complete this Line only if you checked the "2 or more" Box in Line 23. <br><br> Enter, in Line a below, the "Ownership Costs" for "One Car" from the IRS Local Standards: Transportation (available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 2, as stated in Line 42; subtract Line b from Line a and enter the result in Line 24. **Do not enter an amount less than zero.** | | | | |
|---|---|---|---|---|---|
| | a. | IRS Transportation Standards, Ownership Costs | $ | **489.00** | |
| | b. | Average Monthly Payment for any debts secured by Vehicle 2, as stated in Line 42 | $ | **75.60** | |
| | c. | Net ownership/lease expense for Vehicle 2 | Subtract Line b from Line a. | | $ **413.40** |

| 25 | **Other Necessary Expenses: taxes.** Enter the total average monthly expense that you actually incur for all federal, state and local taxes, other than real estate and sales taxes, such as income taxes, self employment taxes, social security taxes, and Medicare taxes. **Do not include real estate or sales taxes.** | $ **1,416.00** |
|---|---|---|

| | | |
|---|---|---|
| 26 | **Other Necessary Expenses: involuntary deductions for employment.** Enter the total average monthly payroll deductions that are required for your employment, such as retirement contributions, union dues, and uniform costs. **Do not include discretionary amounts, such as voluntary 401(k) contributions.** | $ 250.00 |
| 27 | **Other Necessary Expenses: life insurance.** Enter total average monthly premiums that you actually pay for term life insurance for yourself. **Do not include premiums for insurance on your dependents, for whole life or for any other form of insurance.** | $ 41.00 |
| 28 | **Other Necessary Expenses: court-ordered payments.** Enter the total monthly amount that you are required to pay pursuant to the order of a court or administrative agency, such as spousal or child support payments. **Do not include payments on past due obligations included in Line 44.** | $ 450.00 |
| 29 | **Other Necessary Expenses: education for employment or for a physically or mentally challenged child.** Enter the total average monthly amount that you actually expend for education that is a condition of employment and for education that is required for a physically or mentally challenged dependent child for whom no public education providing similar services is available. | $ 0.00 |
| 30 | **Other Necessary Expenses: childcare.** Enter the total average monthly amount that you actually expend on childcare - such as baby-sitting, day care, nursery and preschool. **Do not include other educational payments.** | $ 1,760.00 |
| 31 | **Other Necessary Expenses: health care.** Enter the total average monthly amount that you actually expend on health care that is required for the health and welfare of yourself or your dependents, that is not reimbursed by insurance or paid by a health savings account, and that is in excess of the amount entered in Line 19B. **Do not include payments for health insurance or health savings accounts listed in Line 34.** | $ 0.00 |
| 32 | **Other Necessary Expenses: telecommunication services.** Enter the total average monthly amount that you actually pay for telecommunication services other than your basic home telephone and cell phone service - such as pagers, call waiting, caller id, special long distance, or internet service - to the extent necessary for your health and welfare or that of your dependents. **Do not include any amount previously deducted.** | $ 100.00 |
| 33 | **Total Expenses Allowed under IRS Standards.** Enter the total of Lines 19 through 32. | $ 7,870.28 |

**Subpart B: Additional Living Expense Deductions**

**Note: Do not include any expenses that you have listed in Lines 19-32**

| | | |
|---|---|---|
| 34 | **Health Insurance, Disability Insurance, and Health Savings Account Expenses.** List the monthly expenses in the categories set out in lines a-c below that are reasonably necessary for yourself, your spouse, or your dependents. <table><tr><td>a.</td><td>Health Insurance</td><td>$ 0.00</td></tr><tr><td>b.</td><td>Disability Insurance</td><td>$ 0.00</td></tr><tr><td>c.</td><td>Health Savings Account</td><td>$ 0.00</td></tr></table> Total and enter on Line 34. **If you do not actually expend this total amount,** state your actual total average monthly expenditures in the space below: $_____ | $ 0.00 |
| 35 | **Continued contributions to the care of household or family members.** Enter the total average actual monthly expenses that you will continue to pay for the reasonable and necessary care and support of an elderly, chronically ill, or disabled member of your household or member of your immediate family who is unable to pay for such expenses. | $ 0.00 |
| 36 | **Protection against family violence.** Enter the total average reasonably necessary monthly expenses that you actually incurred to maintain the safety of your family under the Family Violence Prevention and Services Act or other applicable federal law. The nature of these expenses is required to be kept confidential by the court. | $ 0.00 |
| 37 | **Home energy costs.** Enter the total average monthly amount, in excess of the allowance specified by IRS Local Standards for Housing and Utilities, that you actually expend for home energy costs. **You must provide your case trustee with documentation of your actual expenses, and you must demonstrate that the additional amount claimed is reasonable and necessary.** | $ 0.00 |
| 38 | **Education expenses for dependent children less than 18.** Enter the total average monthly expenses that you actually incur, not to exceed $137.50 per child, for attendance at a private or public elementary or secondary school by your dependent children less than 18 years of age. **You must provide your case trustee with documentation of your actual expenses, and you must explain why the amount claimed is reasonable and necessary and not already accounted for in the IRS Standards.** | $ 0.00 |

B22A (Official Form 22A) (Chapter 7) (12/08)                                                                         6

| | | | |
|---|---|---|---|
| 39 | **Additional food and clothing expense.** Enter the total average monthly amount by which your food and clothing expenses exceed the combined allowances for food and clothing (apparel and services) in the IRS National Standards, not to exceed 5% of those combined allowances. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) **You must demonstrate that the additional amount claimed is reasonable and necessary.** | $ | **69.00** |
| 40 | **Continued charitable contributions.** Enter the amount that you will continue to contribute in the form of cash or financial instruments to a charitable organization as defined in 26 U.S.C. § 170(c)(1)-(2). | $ | **0.00** |
| 41 | **Total Additional Expense Deductions under § 707(b).** Enter the total of Lines 34 through 40 | $ | **69.00** |

## Subpart C: Deductions for Debt Payment

| | | | | | |
|---|---|---|---|---|---|
| 42 | **Future payments on secured claims.** For each of your debts that is secured by an interest in property that you own, list the name of the creditor, identify the property securing the debt, and state the Average Monthly Payment. The Average Monthly Payment is the total of all amounts scheduled as contractually due to each Secured Creditor in the 60 months following the filing of the bankruptcy case, divided by 60. If necessary, list additional entries on a separate page. Enter the total of the Average Monthly Payments on Line 42. | | | | |

| | Name of Creditor | Property Securing the Debt | Average Monthly Payment | Does payment include taxes or insurance? |
|---|---|---|---|---|
| a. | Citizens Automobile Finance | **2007 Chevy Silverado 1500 good condition with 39,000 miles**<br><br>**Titled under business**<br><br>**Location:**<br>**23 C First Street**<br>**Leesburg VA 20175** | $   278.12 | ☐ yes ☑ no |
| b. | **Countrywide Bank** | **43615 Preddy Court Ashburn, VA 20146** | $   3,361.00 | ☑ yes ☐ no |
| c. | **GMAC** | **2007 Silverado 2500 good condition with 30,000 miles**<br><br>**Titled under business**<br><br>**Location:**<br>**23 C First Street**<br>**Leesburg VA 20175** | $   476.00 | ☐ yes ☑ no |
| d. | **GMAC** | **2008 Chevy Silverado 1500 good condition with 13,000 miles**<br><br>**Titled under business**<br><br>**Location:**<br>**23 C First Street**<br>**Leesburg VA 20175** | $   424.88 | ☐ yes ☑ no |
| e. | **GMAC** | **2008 Chevy G2500 Express Van good condition has 16,000 miles**<br><br>**Titled under business**<br><br>**Location:**<br>**23 C First Street**<br>**Leesburg VA 20175** | $   306.40 | ☐ yes ☑ no |

B22A (Official Form 22A) (Chapter 7) (12/08)                                                                                              7

| | | | | | |
|---|---|---|---|---|---|
| f. | **GMAC** | **2008 Chevy G2500 Express Van** <br> **good condition with 19,000 miles** <br><br> **Titled under business** <br><br> Location: <br> 23 C First Street <br> Leesburg VA 20175 | $ 306.40 | ☐yes ■no | |
| g. | **National City** | **43615 Preddy Court** <br> **Ashburn, VA 20146** | $ 283.00 | ■yes ☐no | |
| h. | **PNC Bank** | **2006 Chevy Express Van 2500** <br> **89,000 miles fair condition** <br><br> **Titled under business** <br><br> Location: <br> 23 C First Street <br> Leesburg VA 20175 | $ 75.60 | ☐yes ■no | |
| i. | **Suntrust** | **2006 Chevy 1500** <br> **80,000 miles fair condition** <br><br> **Titled under business** <br><br> Location: <br> 23 C First Street <br> Leesburg VA 20175 | $ 229.17 | ☐yes ■no | |
| | | | Total: Add Lines | | $ 5,740.57 |

| | |
|---|---|
| 43 | **Other payments on secured claims.** If any of debts listed in Line 42 are secured by your primary residence, a motor vehicle, or other property necessary for your support or the support of your dependents, you may include in your deduction 1/60th of any amount (the "cure amount") that you must pay the creditor in addition to the payments listed in Line 42, in order to maintain possession of the property. The cure amount would include any sums in default that must be paid in order to avoid repossession or foreclosure. List and total any such amounts in the following chart. If necessary, list additional entries on a separate page. |

| | Name of Creditor | Property Securing the Debt | 1/60th of the Cure Amount | |
|---|---|---|---|---|
| a. | -NONE- | | $ | |
| | | | Total: Add Lines | $ 0.00 |

| | | |
|---|---|---|
| 44 | **Payments on prepetition priority claims.** Enter the total amount, divided by 60, of all priority claims, such as priority tax, child support and alimony claims, for which you were liable at the time of your bankruptcy filing. **Do not include current obligations, such as those set out in Line 28.** | $ 1,669.38 |

| | |
|---|---|
| 45 | **Chapter 13 administrative expenses.** If you are eligible to file a case under Chapter 13, complete the following chart, multiply the amount in line a by the amount in line b, and enter the resulting administrative expense. |

| | | | |
|---|---|---|---|
| a. | Projected average monthly Chapter 13 plan payment. | $ 0.00 | |
| b. | Current multiplier for your district as determined under schedules issued by the Executive Office for United States Trustees. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | x 9.90 | |
| c. | Average monthly administrative expense of Chapter 13 case | Total: Multiply Lines a and b | $ 0.00 |

| | | |
|---|---|---|
| 46 | **Total Deductions for Debt Payment.** Enter the total of Lines 42 through 45. | $ 7,409.95 |

## Subpart D: Total Deductions from Income

| | | |
|---|---|---|
| 47 | **Total of all deductions allowed under § 707(b)(2).** Enter the total of Lines 33, 41, and 46. | $ 15,349.23 |

## Part VI. DETERMINATION OF § 707(b)(2) PRESUMPTION

| | | |
|---|---|---|
| 48 | **Enter the amount from Line 18 (Current monthly income for § 707(b)(2))** | $ 11,538.67 |
| 49 | **Enter the amount from Line 47 (Total of all deductions allowed under § 707(b)(2))** | $ 15,349.23 |

B22A (Official Form 22A) (Chapter 7) (12/08)

**8**

| 50 | **Monthly disposable income under § 707(b)(2).** Subtract Line 49 from Line 48 and enter the result. | $ **-3,810.56** |
|---|---|---|
| 51 | **60-month disposable income under § 707(b)(2).** Multiply the amount in Line 50 by the number 60 and enter the result. | $ **-228,633.60** |
| 52 | **Initial presumption determination.** Check the applicable box and proceed as directed.<br><br>■ **The amount on Line 51 is less than $6,575.** Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete the verification in Part VIII. Do not complete the remainder of Part VI.<br><br>☐ **The amount set forth on Line 51 is more than $10,950** Check the box for "The presumption arises" at the top of page 1 of this statement, and complete the verification in Part VIII. You may also complete Part VII. Do not complete the remainder of Part VI.<br><br>☐ **The amount on Line 51 is at least $6,575, but not more than $10,950.** Complete the remainder of Part VI (Lines 53 through 55). | |
| 53 | Enter the amount of your total non-priority unsecured debt | $ |
| 54 | **Threshold debt payment amount.** Multiply the amount in Line 53 by the number 0.25 and enter the result. | $ |
| 55 | **Secondary presumption determination.** Check the applicable box and proceed as directed.<br><br>☐ **The amount on Line 51 is less than the amount on Line 54.** Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete the verification in Part VIII.<br><br>☐ **The amount on Line 51 is equal to or greater than the amount on Line 54.** Check the box for "The presumption arises" at the top of page 1 of this statement, and complete the verification in Part VIII. You may also complete Part VII. | |

## Part VII. ADDITIONAL EXPENSE CLAIMS

| 56 | **Other Expenses.** List and describe any monthly expenses, not otherwise stated in this form, that are required for the health and welfare of you and your family and that you contend should be an additional deduction from your current monthly income under § 707(b)(2)(A)(ii)(I). If necessary, list additional sources on a separate page. All figures should reflect your average monthly expense for each item. Total the expenses. |
|---|---|

| | Expense Description | Monthly Amount |
|---|---|---|
| a. | | $ |
| b. | | $ |
| c. | | $ |
| d. | | $ |
| | Total: Add Lines a, b, c, and d | $ |

## Part VIII. VERIFICATION

| 57 | I declare under penalty of perjury that the information provided in this statement is true and correct. *(If this is a joint case, both debtors must sign.)*<br><br>Date: __**May 15, 2009**__   Signature: __**/s/ Joseph Bryce Dingman**__<br>   **Joseph Bryce Dingman**<br>   *(Debtor)* |
|---|---|

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B22A (Official Form 22A) (Chapter 7) (12/08)

5/15/09 6:03PM

9

# Current Monthly Income Details for the Debtor

**Debtor Income Details:**
Income for the Period **09/01/2008** to **02/28/2009**.

**Line 3 - Gross wages, salary, tips, bonuses, overtime, commissions**
Source of Income: **Business**
Income by Month:

| | | |
|---|---|---|
| 6 Months Ago: | 09/2008 | $5,540.00 |
| 5 Months Ago: | 10/2008 | $5,540.00 |
| 4 Months Ago: | 11/2008 | $5,540.00 |
| 3 Months Ago: | 12/2008 | $5,540.00 |
| 2 Months Ago: | 01/2009 | $5,540.00 |
| Last Month: | 02/2009 | $5,540.00 |
| | Average per month: | $5,540.00 |

# Current Monthly Income Details for the Debtor's Spouse

**Spouse Income Details**:
Income for the Period **09/01/2008** to **02/28/2009**.

**Line 3 - Gross wages, salary, tips, bonuses, overtime, commissions**
Source of Income: **ARAI Systems Inc.**
Income by Month:

| | | |
|---|---|---|
| 6 Months Ago: | **09/2008** | **$8,244.00** |
| 5 Months Ago: | **10/2008** | **$8,244.00** |
| 4 Months Ago: | **11/2008** | **$8,244.00** |
| 3 Months Ago: | **12/2008** | **$8,244.00** |
| 2 Months Ago: | **01/2009** | **$12,308.00** |
| Last Month: | **02/2009** | **$12,308.00** |
| | Average per month: | **$9,598.67** |